# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re  2241 ELKHORN LEXINGTON, L.P.          )
                                            )
                                            )     Bankruptcy No. _____10-34271_____
                                            )
                              Debtor.       )     Chapter _____11_____

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
## (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: _____ ROBBINS, SALOMON & PATT, LTD. _____

Authorized to Provide Professional Services to: _____ 2241 Elkhorn Lexington, L.P. _____

Date of Order Authorizing Employment: _____ September 14, 2010 _____

Period for Which Compensation is Sought:
From _____ March 1 _____, _2011_   through _____ January 31 _____, _2012_

Amount of Fees Sought:  $ 49,221.65

Amount of Expense Reimbursement Sought: $ 368.35

This is an:      Interim Application _____      Final Application _✔_

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| 11/12/10 | 7/30/10-10/31/10 | $39,144.33 | $38,974.33 | $38,974.33 |
| 3/31/11 | 11/1/10-2/28/11 | $51,203.55 | $50,686.75 | $89,661.08 |

Dated: _____ 2/8/12 _____          _____ /s/ Richard H. Fimoff _____
                                                      (Counsel)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 10-34271** |
| **2241 ELKHORN LEXINGTON, L.P.** | ) | **Chapter 11** |
| **an Illinois limited partnership** | ) | **Hon. Pamela S. Hollis** |
| | ) | **Jointly Administered** |
| | ) | **Hearing Date:  February 21, 2012** |
| | ) | **Hearing Time: 10:00 AM** |

## NOTICE OF MOTION

TO:    See Attached Service List

PLEASE TAKE NOTICE that on February 21, 2012 at 10:00 a.m. or as soon thereafter as counsel may be heard, I shall appear, as Counsel for 2241 Elkhorn Lexington, L.P., before the Honorable Pamela S. Hollis, Bankruptcy Judge, in Courtroom 644 in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before any judge who may be sitting in her place or stead, and shall then and there present the:

1.    Application of Robbins, Salomon & Patt, Ltd., as Counsel for debtor and debtor in possession, for Allowance and Payment of Final Compensation and Reimbursement of Expenses from March 1, 2011 through January 31, 2012, for Allowance and Payment of Compensation of $49,221.65 and Reimbursement of Expenses of $368.35.

at which time and place you may appear as you see fit.

*Copies of Robbins, Salomon & Patt, Ltd.'s fee petition are available from the Clerk of the Bankruptcy Court through the CM/ECF system, or upon request from the undersigned,*

**Robbins, Salomon & Patt, Ltd.**

By:    /s/Richard H. Fimoff
Richard H. Fimoff

RICHARD H. FIMOFF  (#804886)
Robbins, Salomon & Patt, Ltd.
25 E. Washington St., Suite 1000
Chicago, Illinois 60602
Telephone: (312) 782-9000
rfimoff@rsplaw.com

GN7551

## CERTIFICATE OF SERVICE

Richard H. Fimoff certifies that he caused to be served a true copy of the above and foregoing notice upon Patrick S. Layng, U.S. Trustee and the Debtor's Unsecured Creditors, by depositing a copy in the U. S. Mail, at 25 E. Washington St., Chicago, Illinois, postage prepaid, addressed as shown below, on or before 5:00 p.m. on February 8, 2012.

/s/Richard H. Fimoff

2241 Elkhorn Lexington, L.P.
c\o North Street Properties
100 North Field Drive, #110
Lake Forest, IL  60045-1694

5650 North Sheridan Corporatio
c/o North Street Properties
100 North Field Drive
Lake Forest, IL  60045

A Professional Tree Service
4101 Tates Creek Ctr Dr.
Ste. 150/295
Lexington, KY  40517

ADT
Mellon Bank Rm  #1540460371967
500 Ross Street
Pittsburgh, PA  15250

Allied Waste Services #480
451 Conway Ct.
Lexington, KY  40511-1007

Allied-Central Distributing, I
11600 Commonwealth Drive
Louisville, KY  40299-2236

American Hotel Register Compan
16458 Collections Center Drive
Chicago, IL  60693

Anglo Irish Bank
c\o BryanCave
161 N. Clark St., Ste 4300
Chicago, IL  60601

Assurance Agency Ltd.
1750 East Golf Road
Schaumburg, IL  60173

AT&T
208 South Akard Street
Dallas, TX  75202

Austin Bank of Chicago
5654 W. Lake Street
Chicago, IL  60644

Automatic Rain
501 Darby Creek
Suite 14
Lexington, KY  40509

Baymont Franchise Services, In
14227 Collections Center Dr.
Chicago, IL  60693

BEMAR, LLC
8192 Meadowview Drive
Florence, KY  41042

Berry
100 Executive Parkway
Hudson, OH  44236-1630

GN7551

Brock McVey Co.
1100 Brock McVey Drive
Box 55487
Lexington, KY  40555-5487

Buford Productions and Travel
2817 Prickly Pear Drive
Henderson, NV  89074

Burgue Marketing Corp.
701 Enterprise Road E
Ste. 502
Safety Harbor, FL  34695

Best Western International
The Helms Law Firm, P.L.C.
2600 N. Central Ave., Ste. 940
Phoenix, AZ  85004

Cintas Lexington
100 Westhampton Drive
Lexington, KY  40511

Coast to Coast Computer Prod.
4277 Valley Fair St.
Simi Valley, CA  93063

Coca-Cola Bottling Co.
2329 Paysphere Circle
Chicago, IL  60674-2329

COLUMBIA GAS OF KY
200 Civic Center Drive
Columbus, OH  43215

Commtrak
17493 Nassau Commons
Lewes, DE  19958

D.A.'s Contracting Specialties
P. O. Box 236
Mitchellsburg, KY  40452

Department of Housing
101 Sea Hero Road
Suite 100
Frankfort, KY  40601

Disponette
717 East Loudon Avenue
Lexington, KY  40505

Dominion Enterprises
150 Granby Street
Norfolk, VA  23510

Donut Days Bakery
185 Southland Drive
Lexington, KY  40503

Drapery Man, Inc.
233 Bruton Street
Bainbridge, GA  39817

Earthlink, Inc.
1375 Peachtree Street
Atlanta, GA  30309

Ecolab
370 N. Wabasha Street
Saint Paul, MN  55102-2233

Encore Design
2 W Pike Street
Suite 200
Covington, KY  41011

Executive Supply
10501 Taconic Terrace
Cincinnati, OH  45215

Fayette County Sheriff
150 N Limestone Street
Suite 236
Lexington, KY  40507

Federal Express
P. O. Box 371461  (FOE)
Pittsburgh, PA  15205-7461

GN7551

Forms Fulfillment
P. O. Box 861
Tarrytown, NY  10591

Green with Envy
1074 Spurlock Lane
Nicholasville, KY  40356

HD Supply Facilities Maint.
PO Box 509058
San Diego, CA  92150-9058

Heartland Food Products
1900 West 47th Place
Suite 302
Mission, KS  66205-1815

Hi-Tech Enterprises, Inc.
125 North Broadway
Georgetown, KY  40324

Idearc Media Corp.
2200 West Airfield Drive
Dallas, TX  75261-4008

Image Technology Systems
1615 Dorchester Drive
Suite 100
Plano, TX  75075

Insight Communications
2544 Palumbo Drive
Lexington, KY  40509-1209

John Conti, Inc.
4406 Ole Brickyard Circle
Louisville, KY  40218

Kentucky State Treasurer
Kentucky Revenue Cabinet
Frankfort, KY  40620-003

Kentucky Utilities Co.
One Quality Street
Lexington, KY  40507

Kohnen & Patton, LLP
PNC Ctr. Ste. 800
201 E 5th St.
Cincinnati, OH  45202

KY American Water Co.
1025 Laurel Oak Road
Voorhees, NJ  08043

Landmark Landscaping, Inc.
202 Lisle Industrial Ave.
Lexington, KY  40511

Landmark Landscaping, Inc.
2317 Frankfort Court

Lexington, KY  40510

Lex-Rooter Co.
2845 Winter Garden
Lexington, KY  40507

LFUCG
200 East Main Street
Lexington, KY  40512

Lowes Business Account
1000 Lowes Blvd.
Mooresville, NC  28117

Marcomet, Inc.
P. O. Box 368
Tranquility, NJ  07879

Market America
P. O. Box 7219
Rainbow City, AL  35906

Marty's Refrigeration
570 Judy Lane
Lexington, KY  40505

MCA, Inc.
128 Southland Drive
Lexington, KY  40503

GN7551

Moore Wallace
111 South Wacker Drive
Chicago, IL  60606-4301

Northstar Flag & Flagpole Co.
2600 Business Park Dr.
Rocky Mount, NC  27084

Nuvox Communications of KY
Two North Main Street
Greenville, SC  29601-2719

Office Fayette County Sheriff
150 N. Limestone Street
Suite 236
Lexington, KY  40507

Onity, Inc.
2232 Northmont Parkway
Duluth, GA  30096

OPC Pest Control
P. O. Box 19201
Louisville, KY  40259

Otis Elevator Company
One Farm Springs
Farmington, CT  06032

P.O.D.S.
5585 Rio Vista Drive
Clearwater, FL  33760

Prestige Carpet Cleaning, Inc.
3796 Kittiwake Drive
Lexington, KY  40517

Professional Image Inc.
P. O. Box 1197
Slidell, LA  70459

Quill Corp.
100 Schelter Road
Lincolnshire, IL  60069

REM Company, Inc.
129 Fieldview Drive
Versailles, KY  40383

Richard H. Fimoff
25 E Washington Street
Suite 1000
Chicago, IL  60602

Robbins, Salomon & Patt, Ltd.
25 E. Washington
Suite 1000
Chicago, IL  60602

Ruggles Sign Co.
308 Crossfield Drive
Versailles, KY  40383

Service Express Heating & AC
694 E. New Circle Road
Suite 1
Lexington, KY  40505

South Central Sound - MUZAK
2456 Fortune Drive
Suite 155
Lexington, KY  40509

Space Center Storage
2135 Christian Road
Lexington, KY  40509

Speedway SuperAmerica LLC
500 Speedway Drive
Enon, OH  45323

Star Linen
1501 Lancer Drive
Moorestown, NJ  08057

Stites & Harbison
421 West Main Street
Frankfort, KY  40602-0634

GN7551

Swim Pro Serive, Inc.
628 Kennedy Road
Lexington, KY  40511

Sysco Food Services Co.
P. O. Box 32470
Louisville, KY  40232

TCF Express Leasing
11100 Wayzata Blvd.
Suite 801
Hopkins, MN  55305

Thomson Reuters
36832 Treasury Center
Chicago, IL  60694-6800

Travel Inc.
4355 River Green Pkwy.
Duluth, GA  30096-9404

Travel Media Group
150 Granby Street
Norfolk, VA  23510

Trayco
200 East Park Drive
Suite 200
Mount Laurel, NJ  08054

Tri-States Coca Cola
2329 Payshpere Circle
Chicago, IL  60674

Triton Imaging Systems
2121 41st Avenue
Suite 211
Capitola, CA  95010

Ultra-Chem Inc.
P. O. Box 3717
Shawnee, KS  66203-0717

United Rentals
2150 Trade Center Drive
Lexington, KY  40509

US Hospitality Corp.
1940 Elm Hill Pike
Nashville, TN  37210

USA Today
305 Seaboard Lane
Suite 301
Franklin, TN  37067-8288

Western Printing Co.
701 Enterprise Street, North
Aberdeen, SD  57401

William E. Huml & Co., Ltd.
1870 W. Winchester Road
#245
Libertyville, IL  60048

Windstream
1720 Galleria Blvd.
Charlotte, NC  28270

World Choice Travel
3150 Sabre Drive
Southlake, TX  76092

GN7551

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | **Chapter 11** |
| **2241 ELKHORN LEXINGTON, L.P.** | ) | |
| | ) | **Case No. 10-34271** |
| **Debtor** | ) | **Hon. Pamela Hollis** |
| | ) | **Jointly Administered** |
| | ) | **Date:  February 21, 2012** |
| | ) | **Time:  10:00 a.m.** |

### APPLICATION OF ROBBINS, SALOMON & PATT, LTD., AS COUNSEL FOR DEBTOR AND DEBTOR IN POSSESSION, FOR ALLOWANCE AND PAYMENT FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

Now comes Robbins, Salomon & Patt, Ltd ("RSP"), as counsel for 2241 Elkhorn Lexington, L.P., debtor and debtor in possession herein, and for its Application for Allowance and Payment of Final Compensation and Reimbursement of Expenses, respectfully states as follows:

### JURISDICTION

1.      On July 30, 2010, 2241 Elkhorn Lexington, L.P., (the "Debtor") filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101-1532 (as amended, the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of Illinois (the "Court"), commencing the above-captioned Chapter 11 case. The Debtor continues to operate its business and manage its properties as Debtor-in-Possession pursuant to sections 1107(c) and 1108 of the Bankruptcy Code.

2.      No creditors' committee has been appointed in this case.

3.      This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

GN0522

4.     The basis for the relief requested herein is section 327 of the Bankruptcy Code and the Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## BACKGROUND

5.     The Debtor is an Illinois limited partnership that is the owner and operator of a Best Western hotel located at 2241 Elkhorn Road, Lexington, Kentucky ("BW"), a Baymont hotel located at 2400 Buena Vista Drive, Lexington, Kentucky ("Baymont") and an approximate one acre adjacent vacant lot ("Lot") (BW, Baymont and Lot collectively "Property"). The Debtor's principal office and "nerve center" is located in Lake Forest, Illinois.

6.     The BW was purchased in 1999 for approximately $7,200,000.00. The Baymont was purchased by Debtor in 2000 for approximately $3,800,000.00. An additional $1,800,000.00 was expended by Debtor to improve the Baymont. The Lot was purchased by Debtor in 2000 for approximately $800,000.00.

7.     Since acquiring the Property, the Debtor has employed North Street Properties, Inc. ("NSP"), an affiliated company, as its property manager.

8.     The Debtor's operational and profitability problems are principally due to the general economic problems of the country over the last several years which has resulted in periodic declines in occupancy levels for the hotel industry, and the extended time that has been required to bring room occupancy levels back to proper levels. This has been exacerbated in Debtor's case by reason of fixed interest rate financing at levels substantially above current interest levels.

9.     On September 14, 2010 this Court entered an order authorizing the Debtor to retain RSP as its counsel in these Chapter 11 proceedings as of the inception of these cases, with RSP's compensation to be determined by this Court.

10.    RSP was holding a retainer on behalf of Debtor in the original amount of $34,932.00, which RSP was paid pursuant to this Court's order dated December 1, 2010.

11.    From the inception of these proceedings, September 14, 2010 through the present date, RSP acted as counsel for Debtor and Debtor in possession in these Chapter 11 proceedings, and continues to act as such counsel.

12.    On January 24, 2012, this Court entered an order authorizing the Debtor to effectuate the terms of the Final Cash Collateral Order and to grant its secured lender a deed in lieu of foreclosure [docket no. 300]

13.    Debtor has executed and tendered deeds in lieu of foreclosure and has turned over possession and control of its property to its secured lender.  Debtor has no current operations, employees or property.

14.    Debtor has filed a motion to dismiss this case.

15.    Debtor's secured lender has agreed to pay all fees and expenses awarded herein from non-estate funds.

## RELIEF REQUESTED

16.    By this Application, RSP seeks

a)    the entry of an order allowing RSP final compensation in the amount of $49,221.65, for services provided to the debtor and debtor in possession during the period from March 1, 2011 through January 31, 2012;  and,

b)    the entry of an order allowing RSP final reimbursement in the amount of $368.35 for reimbursement of expenses incurred in connection with the performance of RSP's services during the period from March 1, 2011 through January 31, 2012.

## LEGAL SERVICES RENDERED

GN0522

17.     The total time expended by RSP attorneys and paralegals in connection with this Chapter 11 case during the period commencing March 1, 2011 through and including January 31, 2012 is 135.90 hours as follows:

| Attorney | Hours |
|---|---|
| Arthur F. Radke ("AFR") | 14.90 |
| Catherine A. Cooke ("CAC") | .90 |
| Caroline S. Smith ("CSS") | 21.40 |
| Richard H. Fimoff ("RHF") | 76.80 |
| Robert J. Trizna ("RJT") | 1.80 |
| Richard L. Gayle ("RLG") | 10.30 |
| William A. Castle ("WAC") | 9.50 |
| Paralegal/Research Clerk | |
| Nancy K. Kondziolka ("NKK") | .30 |
| Total: | 135.90 |

18.     The hourly rates charged by RSP for legal services rendered in this bankruptcy case are as follows:

| Attorney | Rate |
|---|---|
| Arthur F. Radke ("AFR") | $375.00 |
| Catherine A. Cooke ("CAC") | $250.00 |
| Caroline S. Smith ("CSS") | $270.00 |
| Richard H. Fimoff ("RHF") | $475.00 |
| Robert J. Trizna ("RJT") | $340.00 |
| Richard L. Gayle ("RLG") | $425.00 |
| William A. Castle ("WAC") | $225.00 |

GN0522

<u>Paralegal / Research Clerk</u>

Nancy K. Kondziolka ("NKK")                    $155.00

19.    These hourly rates are the customary and usual rates which RSP charges clients on matters of this nature.

20.    The legal services rendered by RSP during the period from March 1, 2011 through January 31, 2012, as more fully described in Exhibits A-F have been divided into the following general categories:

A.    General Administration

The legal services rendered in this category relate to the consulting with Debtor's staff re financial and operational issues created by filing of case, assisting Debtor with the preparation and submission of operating reports, communicating with Debtor and its creditors regarding the bankruptcy case, representing the Debtor in the negotiation and documentation of new franchise agreement with Baymont Systems, representing the Debtor at all court hearings, and preparation of this fee petition.

Total Time Expended:          38.00 Hours

General Administrative services were performed by the following:

| <u>Attorney</u> | <u>Hours</u> |
|---|---|
| Caroline S. Smith ("CSS") | 20.60 |
| Richard H. Fimoff ("RHF") | 15.70 |
| Robert J. Trizna ("RJT") | 1.00 |
| Richard L. Gayle ("RLG") | .40 |

<u>Paralegal/Research Clerk</u>

GN0522

| | |
|---|---|
| Nancy K. Kondziolka ("NKK") | .30 |
| Total: | 38.00 |

Attached to this Motion as Exhibit "A" is an itemization of the legal services rendered in this category.

B.    Cash Collateral

The legal services rendered in this category relate to the Debtor's efforts to obtain and continue its use of the cash collateral of Anglo-Irish Bank, including drafting and presentation of motions for use of cash collateral, negotiation of terms of cash collateral orders, and drafting of cash collateral orders, working with Debtor's accountants and managers to establish and comply with appropriate cash collateral budgets, negotiation of changes in terms and items in cash collateral budgets, negotiation of cash collateral budget variance issues, review of cash collection budget variance reports, court appearances regarding the presentation of cash collateral motions and the approval of the cash collateral orders and budgets. RSP also rendered services related to negotiating unsecured advances from secured lender for hotel operations and insurance premium financing agreements.  RSP also rendered services relating to lifting of the automatic stay to provide secured lender with a deed in lieu of foreclosure.

Total Time Expended:       30.90 Hours

| Attorney | Hours |
|---|---|
| Catherine A. Cooke ("CAC") | .70 |
| Caroline S. Smith ("CSS") | .80 |
| Richard H. Fimoff ("RHF") | 29.10 |
| Richard L. Gayle ("RLG") | .30 |
| Total: | 30.90 |

GN0522

Attached to this Motion as Exhibit "B" is an itemization of the legal services rendered in this category.

C.    Plan of Reorganization

The legal services rendered in this category relate to the Debtor's efforts to negotiate and formulate a Plan of Reorganization including attending meetings with the principals of the Debtor, and with principals of the Debtor and representatives of its secured lenders to discuss various issues regarding the formulation of a plan and to attempt to negotiate same, conduct discussions with Debtor's accountants and managers regarding the Debtor's ability to fund a plan, conduct negotiations with Debtor's real estate tax claimants, review potential sources for funding a plan, determination of extent of liabilities to be funded, research and prepare for valuation issues, term of plan issues and interest rate issues in plan.

Total Time Expended:        27.50 Hours

| Attorney | Hours |
|---|---|
| Richard H. Fimoff ("RHF") | 18.50 |
| Robert J. Trizna ("RJT") | .20 |
| Richard L. Gayle ("RLG") | 8.80 |
| Total: | 27.50 |

Attached to this Motion as Exhibit "C" is an itemization of the legal services rendered in this category.

D.    Stay

The legal services rendered in this category relate to Debtor's efforts to oppose motions of Anglo-Irish Bank to modify the automatic stay and terminate Debtor's use of cash collateral, including review of motions, preparation of responses, propounding and responding to written

GN0522

and oral discovery, drafting of motions, orders and court appearance and hearings related thereto and research regarding legal issues.

Total Time Expended:        23.30 Hours

| Attorney | Hours |
|---|---|
| Arthur F. Radke ("AFR") | 14.90 |
| Caroline S. Smith ("CSS") | .20 |
| Richard H. Fimoff ("RHF") | 3.40 |
| Robert J. Trizna ("RJT") | .60 |
| Richard L. Gayle ("RLG") | .10 |
| William A. Castle ("WAC") | 4.10 |
| Total: | 23.30 |

Attached to this Motion as Exhibit "D" is an itemization of the legal services rendered in this category.

E.    Franchise

The legal services rendered in this category relate to efforts to extend its agreement with its franchisor through the end of the year including negotiations with the franchisor preparation of motion and presentation to the Court.

Total Time Expended:        7.10 Hours

| Attorney | Hours |
|---|---|
| Richard H. Fimoff ("RHF") | 6.40 |
| Richard L. Gayle ("RLG") | .70 |
| Total: | 7.10 |

Attached to this Motion as Exhibit "E" is an itemization of the legal services rendered in this category.

F.    Special Counsel

The legal services rendered in this category relate to defending the discrimination complaint filed by the Kentucky Human Right Commission, including review of the complaint and applicability of the automatic stay, discussions with debtor's employees regarding background to the complaint allegations, obtaining local counsel and employing same.

Total Time Expended:        9.10 Hours

| Attorney | Hours |
|---|---|
| Richard H. Fimoff ("RHF") | 3.70 |
| William A. Castle ("WAC") | 5.40 |
| Total: | 9.10 |

Attached to this Motion as Exhibit "F" is an itemization of the legal services rendered in this category.

21.    The total time expended by RSP attorneys and paralegals in connection with this Chapter 11 case during the period commencing March 1, 2011 through January 31, 2012, is 135.90 hours as follows:

| Attorney | Hours | Amounts |
|---|---|---|
| Arthur F. Radke ("AFR") | 14.90 | $5,587.50 |
| Catherine A. Cook ("CAC") | .90 | $225.00 |
| Caroline S. Smith ("CSS") | 21.40 | $5,778.00 |
| Richard H. Fimoff ("RHF") | 76.80 | $36,480.00 |
| Robert J. Trizna ("RJT") | 1.80 | $612.00 |

GN0522

| | | |
|---|---|---|
| Richard L. Gayle ("RLG") | 10.30 | $4,377.50 |
| William A. Castle ("WAC") | 9.50 | $2,137.50 |
| Paralegal/Research Clerk | | |
| Nancy K. Kondziolka ("NKK") | .30 | $46.50 |
| Total: | 135.90 | $55,244.00 |

## EXPENSES INCURRED

22.     During the course of the representation of the Debtor in possession, RSP has incurred necessary expenses for which reimbursement is sought. The total amount of these expenses for the period commencing March 1, 2011 through January 31, 2012 is $368.35 Attached to this Motion as Exhibit "G" is an itemization of the expenses incurred.

## CONCLUSION

23.     RSP's First Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses sought $37,985.50 in fees and $1,158.83 as reimbursement of expenses for services performed and expenses incurred for the period from July 30, 2010 through October 31, 2010. This Court awarded $37,815.50 in fees and $1,158.83 in reimbursement of expenses, which has been paid from the retainer held by RSP and from Debtor's cash flow.

24.     RSP's Second Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses sought $50,406.00 in fees and $797.55 as reimbursement of expenses for services performed and expenses incurred for the period from November 1, 2010 through February 28, 2011.   This Court awarded $49,889.20 in fees and $797.55 in reimbursement of expenses, of which $797.55 of allow expenses and $1,132.20 of allowed fees have been paid from the retainer held by RSP.

25.     Other than as provided in Section 504(b) of the Bankruptcy Code, RSP has not shared, or agreed to share, any compensation received as a result of this case with any person,

firm or entity. No promises concerning compensation have been made to RSP by any person, firm or entity.

26.    RSP asserts that the final compensation requested in this Motion is reasonable compensation for the actual and necessary legal services rendered, based upon the time, nature, extent and value of such legal services. RSP further asserts that the cost of legal services rendered for and on behalf of the Debtor in Possession is comparable to the cost of similar services in matters other than under the Bankruptcy Code. RSP has sometimes utilized two or three attorneys to review and/or revise pleadings, participate in conference calls and to discuss strategy. RSP has attempted to keep such multiple participation to a minimum, but where utilized, given the size and complexity of this case, RSP believes that such participation was appropriate and is compensable.

27.    RSP asserts that the expenses for which reimbursement is sought in this Motion are reasonable and were actual and necessary expenditures required in the representation of the Debtor in Possession in this Chapter 11 case.

28.    Debtor has reviewed this motion, and has approved the payment of fees and reimbursement of expenses requested herein.

29.    Debtor's secured lender, LSREF2 Clover Leaf 9, LLC has agreed to pay the attorneys fees allowed herein and in the jointly administered case of 5650 North Sheridan Corporation not to exceed $168,000.00. RSP has agreed not to seek payment of its professional fees and expense reimbursement from the Debtor or its estate.

WHEREFORE, for the foregoing reasons, the law firm of Robbins, Salomon & Patt, Ltd., former counsel for the Debtor in Possession, prays for the entry of an order pursuant, as follows:

GN0522

A.    Allowing final compensation and reimbursement of expenses to RSP in the

amounts of $49,221.65 and $368.35, respectively for services provided from the period

commencing March 1, 2011 through January 31, 2012;

B.    Granting such other relief as may be just and equitable.


Respectfully Submitted,
Robbins, Salomon & Patt, Ltd.

/s/ Richard H. Fimoff (804886)
Robbins, Salomon & Patt, Ltd.
25 E. Washington Street, 10th Floor
Chicago, Illinois 60602
(312) 782-9000
rfimoff@rsplaw.com

# EXHIBIT A

EXHIBIT A
FEE PETITION
2241 ELKHORN LEXINGTON, L.P.
GENERAL ADMINISTRATION

| DATE | ATTY | DESCRIPTION | TIME |
|------|------|-------------|------|
| 3/2/2011 | RLG | Meeting with RHF re: review of upcoming critical dates and assignment of work responsibilities. | 0.20 |
| 3/3/2011 | RHF | Telephone conference with attorney for Baymont Systems re approval of Anglo Irish Bank to new agreement, and review of new agreement re bank approval. | 0.80 |
| 3/7/2011 | RHF | Work on fee petition. | 0.40 |
| 3/7/2011 | RHF | Review of notice from Human Rights Commission and preparation of motion to appoint special counsel and affidavit of counsel. | 2.00 |
| 3/10/2011 | RJT | Court appearance re motion to hearing on Baymont Agreement. | 1.00 |
| 3/15/2011 | RHF | Telephone conference with Leslie Bayles re Kentucky Human Rights Commission complaint and employment of special counsel. | 0.50 |
| 3/16/2011 | CSS | Modification to fee petition exhibit to include February time. | 0.40 |
| 3/28/2011 | CSS | Final preparation of William Huml's Fee Application, Notice of Motions and Proposed Orders. | 0.50 |
| 3/28/2011 | CSS | Final preparation of William Huml's Fee Application, Notice of Motions and Proposed Orders. | 0.50 |
| 3/28/2011 | RHF | Final revisions to accountants fee petition and telephone conference with accountant. | 0.30 |
| 3/28/2011 | RHF | Telephone conference with A. Davis re motion to hire Special counsel. | 0.40 |
| 3/28/2011 | RHF | Final revisions to fee petition. | 0.40 |
| 3/28/2011 | RHF | Final revisions to accountants fee petition and telephone conference with accountant re same. | 0.30 |
| 3/29/2011 | CSS | Modifications to fee petition for 2241 Elkhorn on behalf of RSP. | 0.90 |
| 3/29/2011 | CSS | Preparation of Second Application for Compensation for 2241 Elkhorn Lexington on behalf of RSP. | 1.20 |
| 3/29/2011 | CSS | Preparation of Cover Sheet, Notice of Motion and Proposed Order for 2241 Elkhorn Lexington on behalf of RSP. | 0.30 |
| 3/30/2011 | CSS | Modifications to fee petitions exhibit and fee petition for 2241 Elkhorn Lexington on behalf of RSP. | 1.40 |
| 4/4/2011 | RHF | Telephone conference with creditors re case status and plan terms. | 0.30 |
| 4/4/2011 | RLG | Confer with Mr. Djurin re: inspection report due on 4/5. | 0.10 |
| 4/19/2011 | RHF | Court appearance re motion for award of accountants fees. | 0.50 |
| 4/20/2011 | RLG | Update bankruptcy litigation court calendar and confer with Richard H. Fimoff re: status of additional events. | 0.10 |
| 4/26/2011 | RHF | Court appearance re fee petitions for attorneys and  accountants. | 0.50 |
| 5/10/2011 | CSS | Review of court orders and billing history for Elkhorn relating to professional fees billed and outstanding amounts due. | 0.50 |
| 5/11/2011 | CSS | Meeting with Richard Gayle regarding professional fees outstanding and review of orders issued by court relating to professional fees. | 0.10 |
| 5/13/2011 | RHF | Review of annual report and fee. | 0.20 |
| 6/3/2011 | CSS | Meeting with Richard Gayle and initial work on Excel Spreadsheet for professional fees through May 31, 2011. | 0.60 |
| 6/6/2011 | CSS | Finalized excel spreadsheets with professional fees for 2241 Elkhorn Lexington, L.P. | 1.00 |
| 7/11/2011 | CSS | Preparation of fee exhibit for Elkhorn Lexington through June 30, 2011. | 1.00 |
| 7/13/2011 | CSS | Review of open items relating to professional fees and preparation of schedule regarding same. | 0.50 |
| 8/3/2011 | NKK | Conference with Richard L. Gayle; confirm registration and status with Kentucky Secretary of State. | 0.30 |
| 8/4/2011 | CSS | Review of court orders and work related to professional compensation for Robbins, Salomon & Patt, Ltd. and William E. Huml Company, Ltd. | 1.00 |
| 8/16/2011 | CSS | Review of fees for interim compensation application. | 0.30 |
| 9/1/2011 | CSS | Review of professional fee issue for Elkhorn Lexington. | 0.20 |
| 9/2/2011 | CSS | Preparation of professional fee information for William E. Huml & Associates for 2241 Elkhorn. | 0.20 |
| 9/6/2011 | CSS | Review of professional fees for Robbins, Salomon & Patt in conjunction with previous orders awarded by the Court. | 0.30 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/17/2011 | CSS | Preparation of Fee Petition Exhibit for professional compensation on behalf of RSP for 2241 Elkhorn Lexington. | 1.20 |
| 10/19/2011 | RHF | Communicate with accountants re current property tax bills and payment timing. | 0.20 |
| 10/19/2011 | RHF | Communicate with attorneys for Anglo Irish Bank re same. | 0.30 |
| 10/21/2011 | CSS | Initial preparation of fee petition exhibit for William E. Huml & Associates for 2241 Elkhorn. | 0.50 |
| 10/24/2011 | CSS | Preparation of Third Application for Compensation for 2241 Elkhorn Lexington. | 1.40 |
| 10/24/2011 | CSS | Preparation of Notice of Motion and Proposed Order for 2241 Elkhorn Lexington. | 0.60 |
| 10/24/2011 | CSS | Preparation of fee petition exhibit for 2241 Elkhorn Lexington. | 0.90 |
| 10/25/2011 | CSS | Finalized fee petition on behalf of William E. Huml & Associates for 2241 Elkhorn Lexington. | 0.30 |
| 10/25/2011 | CSS | Telephone conference with Ronda Landry regarding professional fees for William E. Huml & Associates for 2241 Elkhorn. | 0.20 |
| 10/31/2011 | RHF | Review of communications from accountant re workman's compensation insurance coverage. | 0.30 |
| 10/31/2011 | RHF | Communicate with attorney for bank re insurance. | 0.20 |
| 11/1/2011 | RHF | Communications with accountant re injury to employee and lack of workman's compensation insurance. | 0.30 |
| 11/1/2011 | RHF | Communications with attorney for bank re workman's compensation insurance issue. | 0.30 |
| 11/2/2011 | RHF | Telephone conference with client re workman's compensation insurance coverage. | 0.30 |
| 11/3/2011 | RHF | Communicate with bank's attorney and client re meeting with new lender representatives. | 0.20 |
| 11/3/2011 | RHF | Review and revise RSP fee petition entries. | 1.00 |
| 11/4/2011 | CSS | Modifications to petition for compensation on behalf of William E. Huml & Associates for 2241 Elkhorn Lexington. | 0.90 |
| 11/4/2011 | RHF | Follow up on reinstatement of workman's compensation insurance. | 0.40 |
| 11/4/2011 | RHF | Review and revise fee petition for Huml | 0.70 |
| 11/7/2011 | RHF | Review of insurance premium financing agreement and proposed order. | 0.80 |
| 11/11/2011 | CSS | Modification to fee petition exhibit for 2241 Elkhorn Lexington on behalf of RSP. | 0.80 |
| 11/17/2011 | RHF | Review and revise Huml fee petition and review time entries exhibits. | 0.70 |
| 11/17/2011 | RHF | Review and revise fee petition time entry exhibits. | 1.00 |
| 11/22/2011 | RHF | Review of invoice for insurance premium financing. | 0.20 |
| 11/22/2011 | RHF | Communicate with A. Smith, attorney for lender, re payment of premiums. | 0.30 |
| 11/22/2011 | RHF | Communicate with accountant re availability of funds to pay premiums. | 0.40 |
| 11/29/2011 | RHF | Court appearance re motion to obtain credit and incur debt and Bryan Cave motion to withdraw. | 0.50 |
| 11/30/2011 | RHF | Conference with A. Smith re. debtor's agreement with lender re: disposition of cases. | 0.40 |
| 12/5/2011 | CSS | Review of and modification to fee petition exhibit for 2241 Elkhorn, including adding of November time to exhibit. | 1.30 |
| 12/6/2011 | CSS | Review of professional compensation outstanding for 2241 Elkhorn and review of orders regarding compensation. | 0.30 |
| 12/6/2011 | CSS | Review of professional compensation outstanding for 5650 North Sheridan and review of orders regarding compensation. | 0.30 |
| 1/26/2012 | RHF | Preparation of motion to dismiss and order dismissing. | 0.60 |
| 1/31/2012 | CSS | Preparation of an review of fee petition exhibit. | 1.00 |

|  |  |
|---|---|
| CSS | 20.60 |
| NKK | 0.30 |
| RHF | 15.70 |
| RJT | 1.00 |
| RLG | 0.40 |
| **Total:** | 38.00 |

# EXHIBIT B

**EXHIBIT B**
**FEE PETITION**
**2241 ELKHORN LEXINGTON, L.P.**
**CASH COLLATERAL**

| DATE | ATTY | DESCRIPTION | TIME |
|------|------|-------------|------|
| 3/9/2011 | RHF | Preparation of order for continued use of cash collateral. | 0.40 |
| 3/10/2011 | RHF | Court appearance re motion for continued use of cash collateral. | 0.50 |
| 3/10/2011 | RHF | Court hearing on continued use of cash collateral. | 0.50 |
| 5/5/2011 | RLG | Confer with Richard H. Fimoff re: cash flow needs and future operations of hotel facility. | 0.20 |
| 5/9/2011 | RHF | Review of Anglo Irish bank claim details and issues with advances. | 0.60 |
| 5/19/2011 | RHF | Communicate with attorneys for bank re new financing for dip and motion re same. | 0.40 |
| 5/25/2011 | CAC | Review Motion to Continue Hearing re cash collateral and email correspondence with Richard Fimoff and Leslie Bayles regarding same. | 0.20 |
| 5/26/2011 | CAC | Attend court on Agreed Motion to Continue Hearing on use of cash collateral. | 0.50 |
| 5/26/2011 | RHF | Review of variance report and transmittal to bank. | 0.30 |
| 5/27/2011 | RHF | Telephone conference with client re terms of financing stipulation. | 0.40 |
| 5/27/2011 | RHF | Telephone conferences with attorney for bank re terms of stipulation for financing, service and presentation of motion. | 0.50 |
| 5/27/2011 | RLG | Confer with Mr. Djurin and Catherine A. Cooke re: budget approval set for hearing on 5/31. | 0.10 |
| 5/31/2011 | RHF | Court appearance re emergency motion to borrow money. | 1.00 |
| 6/22/2011 | RHF | Review of budget variance reports. | 0.30 |
| 7/12/2011 | RHF | Court appearance re use of cash collateral. | 0.30 |
| 7/12/2011 | RHF | Preparation of cash collateral order. | 0.50 |
| 7/13/2011 | RHF | Finalize cash collateral order and budget for submission | 0.40 |
| 7/21/2011 | RHF | Court appearance re continued use of cash collateral | 0.70 |
| 8/16/2011 | RHF | Court appearance re continued use of cash collateral. | 1.00 |
| 8/18/2011 | RHF | Prepare agreed order re continued use of cash collateral. | 1.00 |
| 9/8/2011 | RHF | Court appearance re continued use of cash collateral. | 1.00 |
| 10/19/2011 | RHF | Communicate with accountants re current property tax bills and payment timing. | 0.20 |
| 10/19/2011 | RHF | Communicate with attorneys for Anglo Irish Bank re same. | 0.30 |
| 11/1/2011 | RHF | Telephone conference with attorney for Lonestar re continued use of cash collateral. | 0.20 |
| 11/1/2011 | RHF | Court appearance re continued status hearing and hearing on continued use of cash collateral. | 1.20 |
| 11/3/2011 | RHF | Communicate with bank's attorney and accountant re new cash collateral order and budget. | 0.30 |
| 11/11/2011 | CSS | Modification to fee petition exhibit for 2241 Elkhorn Lexington on behalf of RSP. | 0.80 |
| 11/17/2011 | RHF | Review email correspondence re new budgets, cash collateral authorization and advances. | 0.30 |
| 11/17/2011 | RHF | Review of cash collateral orders. | 0.30 |
| 11/17/2011 | RHF | Communicate with Hudson Associates and attorneys for bank re additional cash collateral advances. | 0.20 |
| 11/18/2011 | RHF | Email correspondence with Hudson Associates re cash collateral budget and authority for additional advance. | 0.30 |
| 11/18/2011 | RHF | Review of cash collateral order re additional advances. | 0.30 |
| 11/18/2011 | RHF | Telephone conference with new attorney for lender re need for cash collateral advance. | 0.30 |
| 11/18/2011 | RHF | Revise interim cash collateral order for use as final order. | 0.50 |
| 11/21/2011 | RHF | Review and revise final cash collateral order/ | 0.70 |
| 11/21/2011 | RHF | Telephone conference with A. Smith re changes to final cash collateral order. | 0.40 |
| 11/21/2011 | RHF | Telephone conference with accountant re revisions to budget to track new advance. | 0.20 |
| 11/21/2011 | RHF | Telephone conference with courtroom deputy re entry of final order. | 0.20 |

| 11/22/2011 | RHF Review of invoice for insurance premium financing. | 0.20 |
| 11/22/2011 | RHF Communicate with A. Smith, attorney for lender, re payment of premiums. | 0.30 |
| 11/22/2011 | RHF Communicate with accountant re availability of funds to pay premiums. | 0.40 |
| 11/29/2011 | RHF Court appearance re motion to obtain credit and incur debt and Bryan Cave motion to withdraw. | 0.50 |
| 12/6/2011 | RHF Multiple communications with lender and accountant re budget and need for additional cash advances. | 0.50 |
| 12/8/2011 | RHF Multiple communications with accountant and Guy Charette re cash needs of hotels and timing of funding. | 0.50 |
| 12/12/2011 | RHF Communicate with accountants re availability of cash to pay payroll and other expenses. | 0.30 |
| 12/12/2011 | RHF Telephone conference with A. Smith re how lender wants to deal with hotels and cash needs. | 0.30 |
| 12/15/2011 | RHF Review of outstanding accounts payable and administrative expenses. | 0.70 |
| 12/15/2011 | RHF Communicate with attorney for lender re cash needs, termination of operations without funding and motion to lift stay to permit foreclosure. | 0.50 |
| 12/16/2011 | RHF Multiple communications with lender's counsel re operation funding needs, and lender's commitment to fund. | 0.90 |
| 12/16/2011 | RHF Multiple communications with accountant and client re funding needed and timing of same and obtaining commitment from lender to fund. and review of budgets. | 0.50 |
| 12/19/2011 | RHF Telephone conference with lender's attorney re: lifting of stay. | 0.30 |
| 12/19/2011 | RHF Review of draft motion to lift stay. | 0.40 |
| 12/19/2011 | RHF Multiple communications with accountant and client re funding needed and timing of same and obtaining commitment from lender to fund. and review of budgets. | 0.50 |
| 12/20/2011 | RHF Follow up with attorney for lender re funding for hotel operations,. | 0.30 |
| 12/21/2011 | RHF Communicate with lender's counsel and accountants re cash needs. | 0.40 |
| 1/11/2012 | RHF Telephone conference with accountants re unpaid billings and hotel cash needs. | 0.20 |
| 1/13/2012 | RHF Review of information request from attorney for lender. | 0.20 |
| 1/13/2012 | RHF Obtain information and provide to lender's counsel. | 0.50 |
| 1/23/2012 | RHF Revise motion to lift stay. | 0.70 |
| 1/23/2012 | RHF Conference with attorney for lender re motion to lift stay. | 0.30 |
| 1/24/2012 | RHF Communicate with attorney for lender re changes to motion and order. | 0.50 |
| 1/24/2012 | RHF Revise motion and order re granting lender deed in lieu. | 0.70 |
| 1/26/2012 | RHF Court appearance re motion to grant deed in lieu. | 1.00 |
| 1/26/2012 | RHF Communicate with attorney for lender re transition to lender's operation. | 0.30 |
| 1/31/2012 | RHF Communicate with attorney for lender regarding quit claim deeds. | 0.30 |
| 1/31/2012 | RHF Telephone conference with client regarding quit claims deeds and terminating business operations. | 0.50 |
| 1/31/2012 | RHF Review of quit claim deeds and eliminate warranties re: taxes or encumbrances. | 0.40 |
| 1/31/2012 | RHF Telephone conference with client regarding execution and return of deeds. | 0.30 |

|  | CAC | 0.70 |
|  | CSS | 0.80 |
|  | RHF | 29.10 |
|  | RLG | 0.30 |
|  | Total: | 30.90 |

FO3838

# EXHIBIT C

**EXHIBIT C**
**FEE PETITION**
**2241 ELKHORN LEXINGTON, L.P.**
**PLAN OF REORGANIZATION**

| DATE | ATTY | DESCRIPTION | TIME |
|------|------|-------------|------|
| 3/1/2011 | RHF | Telephone conference with client and R. Gayle re response to Anglo Irish on deficiency on hotels. | 0.40 |
| 3/1/2011 | RLG | Confer with Richard H. Fimoff and Mr. Djurin re: amount of proposed Bank deficiency and other potential settlement terms. | 0.40 |
| 3/2/2011 | RHF | Telephone conference with Leslie Bayles re response to agreed deficiency issue, continuation of hearing and timing of settlement. | 0.40 |
| 3/29/2011 | RLG | Confer with Richard H. Fimoff re: his ongoing settlement discussions with opposing counsel. | 0.20 |
| 4/11/2011 | RLG | Confer with Richard H. Fimoff and Mr. Djurin re: possible global settlement of Anglo debt issues. | 0.40 |
| 4/12/2011 | RLG | Confer with Mr. Djurin and Richard H. Fimoff re: analysis of new settlement proposal by Anglo Irish and possible responses thereto. | 0.80 |
| 4/14/2011 | RLG | Office conference with Mr. Djurin and Richard H. Fimoff re: analysis of Anglo Irish settlement proposal and strategy for counter-offer. | 0.90 |
| 4/14/2011 | RLG | Confer with Richard H. Fimoff re: draft of response and counter-proposal to Anglo Irish's settlement offer. | 0.10 |
| 4/15/2011 | RHF | Work on response to bank's settlement proposal. | 0.30 |
| 4/15/2011 | RHF | Discussion with client re same response to bank's settlement proposal. | 0.20 |
| 4/17/2011 | RLG | Review Richard H. Fimoff's draft counterproposal to Anglo/Doetche Bank. | 0.10 |
| 4/18/2011 | RHF | Work on response to bank's settlement proposal and prepare spreadsheet showing effect of response. | 0.50 |
| 4/18/2011 | RLG | Review and revise Richard H. Fimoff's counterproposal to Anglo Irish. | 0.30 |
| 4/21/2011 | RLG | Confer with Richard H. Fimoff and Mr. Djurin re: ongoing settlement negotiations with counsel for Anglo Irish. | 0.10 |
| 4/25/2011 | RLG | Telephone conferences with Mr. Djurin and confer with Richard H. Fimoff re: analysis of Anglo Irish settlement counterproposal. | 0.10 |
| 4/26/2011 | RHF | Telephone conference with L. Bayles re counter proposal's terms for settlement. | 0.30 |
| 4/26/2011 | RHF | Telephone conference with client re bank's response to counter offer. | 0.30 |
| 4/26/2011 | RLG | Confer with Richard H. Fimoff and Mr. Djurin re: ongoing settlement discussions and parameters with counsel for Anglo Irish. | 0.50 |
| 4/27/2011 | RHF | Review of financial impact of bank's counter proposal. | 0.50 |
| 4/27/2011 | RLG | Telephone conferences with Mr. Djurin and confer with Richard H. Fimoff re: continued review and analysis of possible responses to Anglo Irish's settlement counterproposal and request for additional information from Anglo re: accounting and disclosure of components of debt identified in its Proof of Claim. | 0.10 |
| 4/28/2011 | RLG | Confer with Richard H. Fimoff re: analysis of continuing settlement discussions with counsel for Anglo Irish. | 0.10 |
| 4/29/2011 | RLG | Continuing email discussions with counsel for Anglo Irish re: settlement details. | 0.10 |
| 5/2/2011 | RHF | Review of financial information re ability to fund proposed settlement. | 0.30 |
| 5/2/2011 | RHF | Telephone conference with client re same ability to fund proposed settlement. | 0.20 |
| 5/6/2011 | RLG | Review financial information from counsel for Anglo re: breakdown of pre and post petitions costs and expenses. | 0.10 |
| 5/9/2011 | RLG | Review numbers from Anglo Irish re: sums claimed due on debts and confer with Mr. Djurin and Richard H. Fimoff re: additional information required. | 0.20 |
| 5/10/2011 | RHF | Office conference with client and R. Gayle re response to Bank's proposal and review of claims breakdown. | 0.60 |
| 5/10/2011 | RLG | Confer with Richard H. Fimoff and Mr. Djurin re: terms of settlement counter-proposal. | 0.20 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 5/11/2011 | RHF | Prepare and revise response to Bank's proposal and spreadsheets and multiple telephone conferences with client re same. | 1.10 |
| 5/11/2011 | RLG | Review and revise Richard H. Fimoff's draft settlement counterproposal, confer with Richard H. Fimoff and Mr. Djurin re: same; Review and revise pro-forma schedule to be included with counter-proposal; revise email transmittal message to opposing counsel. | 0.70 |
| 5/12/2011 | RHF | Communicate with attorney for Anglo Irish Bank and client re settlement terms. | 0.30 |
| 5/12/2011 | RLG | Confer with Richard H. Fimoff re: ongoing discussions with counsel for Anglo Irish re: settlement. | 0.10 |
| 5/13/2011 | RHF | Review and revise response to bank proposal for settlement. | 0.60 |
| 5/16/2011 | RHF | Review of bank counter proposal. | 0.20 |
| 5/16/2011 | RHF | Telephone conference with client regarding bank proposal changes. | 0.10 |
| 5/16/2011 | RLG | Study and review Anglo Irish's response to our settlement counterproposal, confer with Mr. Djurin re: same and confer with Richard H. Fimoff re: initial thoughts and analysis. | 0.20 |
| 5/17/2011 | RHF | Review of Anglo Irish response to Debtor's proposal on open settlement items. | 0.50 |
| 5/17/2011 | RLG | Confer with Richard H. Fimoff and Mr. Djurin re: analysis of Anglo Irish settlement counterproposal and Debtor's response thereto. | 0.20 |
| 5/18/2011 | RHF | Meeting with attorney for Anglo Irish re open settlement items | 0.70 |
| 5/18/2011 | RLG | Meeting with counsel for Anglo Irish and Richard H. Fimoff re: continuing settlement discussions. | 0.20 |
| 5/19/2011 | RLG | Confer with Richard H. Fimoff and Mr. Djurin re: analysis of financial terms of settlement proposed by counsel for Anglo Irish and analysis of terms of Debtor's counterproposal. | 0.10 |
| 5/23/2011 | RLG | Review projections based on economics discussed at meeting with counsel for Anglo Irish Bank, compare to revised projections at modified repayment rates to Anglo Irish and telephone conference with Mr. Djurin re: same. | 0.10 |
| 5/24/2011 | RLG | Commence initial draft settlement counterproposal to Leslie Bayles on behalf of Anglo Irish Bank. | 0.20 |
| 5/25/2011 | RLG | Review and revise settlement counterproposal to Leslie Bayles. | 0.20 |
| 5/25/2011 | RLG | Finalize counterproposal and email communications with L. Bayles re: same. | 0.10 |
| 6/1/2011 | RHF | Review office conference with R. Gayle re bank counterproposal. | 0.30 |
| 6/1/2011 | RLG | Detailed review of settlement communication from Ms. Bayles and email communications with Ms. Bayles re: settlement counterproposal from Anglo Irish Bank. | 0.20 |
| 6/2/2011 | RHF | Review and compare bank counterproposal. | 0.30 |
| 6/2/2011 | RHF | Discussion with client re counterproposal and financial impact of changes. | 0.20 |
| 6/2/2011 | RHF | Multiple correspondence with attorney for bank re additional information on interest computation and advances. | 0.20 |
| 6/2/2011 | RLG | Confer with Mr. Djurin and Richard H. Fimoff re: review and analysis of latest settlement proposal and financial information received from Anglo Irish Bank. | 0.20 |
| 6/3/2011 | RHF | Review of bank's response to latest proposal. | 0.30 |
| 6/3/2011 | RHF | Telephone conference with client re open issues to be settled. | 0.20 |
| 6/3/2011 | RHF | Telephone conference with bank's attorney re open issues and proposals for resolving. | 0.30 |
| 6/3/2011 | RHF | Telephone conference with bank's attorney re amounts due bank, unsecured creditors and real estate taxes. | 0.20 |
| 6/6/2011 | RHF | Telephone discussions with attorney for Anglo Irish re settlement and discussions with client re same. | 0.80 |
| 6/7/2011 | RHF | Follow up with L. Bayles re remaining open settlement items. | 1.00 |
| 6/7/2011 | RHF | Review of plan re changes to conform to settlement. | 0.30 |
| 6/7/2011 | RHF | Preparation and revision of term sheet | 0.50 |

| | | | |
|---|---|---|---|
| 6/7/2011 | RHF | Telephone conference with L. Bayles re notifying court re settlement, delaying scheduled dates, timing of bank approval and documentation of settlement. | 0.30 |
| 6/7/2011 | RJT | Review term sheet. | 0.10 |
| 6/7/2011 | RLG | Review and revise RHF's draft settlement term sheet. | 0.20 |
| 6/8/2011 | RHF | Review and revise term sheet to incorporate Anglo changes. | 0.30 |
| 6/8/2011 | RJT | Review revised term sheet re. litigation issues. | 0.10 |
| 6/8/2011 | RLG | Confer with Richard H. Fimoff, Ms Bayles and Mr. Djurin: finalization of settlement terms. | 0.20 |
| 6/14/2011 | RLG | Confer with Richard H. Fimoff re: settlement status and identification of counsel for loan modifications. | 0.10 |
| 6/15/2011 | RLG | Internal conferences with Barry Glazer, Richard H. Fimoff, Marshall K. Brown and Nancy K. Kondziolka re: structure of reorganized debtor and timing of roll up into new entity and execution of new loan documents. | 0.10 |
| 6/16/2011 | RLG | Telephone conference with Jason Berne and Barry Glazer re: structure of loan facility and related details. | 0.80 |
| 6/28/2011 | RLG | Confer with Richard H. Fimoff and Mr. Djurin re: terms of settlement and loan document provisions re: same. | 0.20 |
| 8/26/2011 | RHF | Review and revise settlement agreement with Anglo Irish. | 0.60 |
| 8/26/2011 | RHF | Telephone conference with attorney for Anglo Irish Bank re changes to settlement agreement. | 0.30 |
| 11/7/2011 | RHF | Communicate with accountants and attorney for lender re approval of financing agreement. | 0.20 |
| 11/8/2011 | RHF | Prepare notice of emergency motion, emergency motion, certification of emergency and order re approval of premium financing arragement. | 2.50 |
| 11/8/2011 | RHF | Telephone conference with client re: timing of approval of emergency motion. | 0.30 |
| 11/8/2011 | RHF | Telephone conference with attorney for lender re approval of motion and related pleadings. | 0.40 |
| 11/8/2011 | RHF | Revise motion and order per comments from lenders counsel | 0.50 |
| 11/10/2011 | RHF | Court appearance re emergency motion to enter into premium financing agreement for workman's compensation insurance. | 0.80 |
| 11/10/2011 | RHF | Communicate with client and accountant re emergency motion. | 0.20 |

| | |
|---|---|
| RHF | 18.50 |
| RJT | 0.20 |
| RLG | 8.80 |
| Total: | 27.50 |

FO3838

# EXHIBIT D

**EXHIBIT D**
**FEE PETITION**
**2241 ELKHORN LEXINGTON, L.P.**
**STAY**

| DATE | ATTY | DESCRIPTION | TIME |
|------|------|-------------|------|
| 3/1/2011 | AFR | Prepared for and attended deposition of AIB 30(b)(6) witness Ryan Debin. | 6.20 |
| 3/1/2011 | AFR | Prepared for deposition of AIB expert Sandra Reese. | 0.50 |
| 3/2/2011 | AFR | Prepared for and attended deposition of AIB expert Sandra Reese; communications with Mr. Trizna re: same. | 8.20 |
| 3/9/2011 | RJT | Office conference with R. Fimoff re Anglo Irish Bank's response to artificial impairment issue; review same. | 0.60 |
| 3/10/2011 | RHF | Court hearing on motion to continue hearing on motion to lift stay. | 0.50 |
| 3/10/2011 | RLG | Confer with Richard H. Fimoff re: new dates for hearing on Anglo Irish's motion to lift automatic stay. | 0.10 |
| 3/16/2011 | RHF | Email correspondence with Leslie Bayles re employment of special counsel. | 0.30 |
| 3/16/2011 | WAC | Review and revise affidavit and motion to employ; telephone call with Jim Mills re: the same. | 1.00 |
| 3/16/2011 | WAC | Email w/ Jim Mills re: engagement letter, affidavit and motion to employ Jim Mills and firm. | 0.20 |
| 3/17/2011 | WAC | Draft proposed order for motion to employ counsel. | 0.90 |
| 3/17/2011 | WAC | Continue revision of motion to employ special counsel. | 0.50 |
| 3/17/2011 | WAC | Prepare motion to employ special counsel, affidavit in support of the same, notice and exhibits for filing. | 0.50 |
| 3/17/2011 | WAC | Legal research on bankruptcy code re: legal authority for motion to employ special counsel. | 0.60 |
| 3/24/2011 | WAC | Telephone call with R. Fimoff re: status of hearing on motion to employ special counsel for Kentucky discrimination claim. | 0.10 |
| 3/24/2011 | WAC | Follow up telephone call with J. Mills re: the same. | 0.10 |
| 3/24/2011 | WAC | Email with Jim Mills re: Kentucky discrimination claim against Best Western Regency and send documents re: status of hearing on motion to employ special counsel for Kentucky discrimination claim. | 0.20 |
| 3/28/2011 | RHF | Telephone conference with A. Davis re motion to hire Special counsel. | 0.40 |
| 3/29/2011 | RHF | Court appearance re motion to hire special counsel. | 0.50 |
| 4/13/2011 | RHF | Meeting with client and R. Trizna re post trial brief. | 0.60 |
| 5/19/2011 | RHF | Communicate with attorneys for bank re continuing hearing on motion to modify stay and review stipulation re same. | 0.60 |
| 5/23/2011 | CAC | Review proposed Agreed Motion and Order on same continuing trial on Anglo-Irish Bank Motion to Lift Stay and correspondence with AI attorneys and Richard Fimoff regarding same. | 0.20 |
| 6/28/2011 | RHF | Court appearance on hearing on bank's motion to modify stay. | 0.50 |

|  |  |  | AFR | 14.90 |
|--|--|--|-----|-------|
|  |  |  | CAC | 0.20 |
|  |  |  | RHF | 3.40 |
|  |  |  | RJT | 0.60 |
|  |  |  | RLG | 0.10 |
|  |  |  | WAC | 4.10 |
|  |  |  | **Total:** | **23.30** |

FO3838

# EXHIBIT E

**EXHIBIT E**
**FEE PETITION**
**2241 ELKHORN LEXINGTON, L.P.**
**FRANCHISE AGREEMENT**

| DATE | ATTY | DESCRIPTION | TIME |
|------|------|-------------|------|
| 4/20/2011 | RHF | Telephone conference with client re guaranty of franchise agreement. | 0.20 |
| 4/20/2011 | RHF | Telephone conference with attorney for Baymont Systems re guaranty of franchise agreement. | 0.30 |
| 6/21/2011 | RLG | Confer with Richard H. Fimoff and Mr. Djurin re: Motion for sanctions by Franchisor. | 0.20 |
| 6/22/2011 | RHF | Review of motion re Baymont Systems guaranty. | 0.70 |
| 6/22/2011 | RHF | Telephone conference with S. Jakuboski re Ivan Djurin's response to motion for sanctions. | 0.30 |
| 6/23/2011 | RHF | Court appearance for Baymont Systems motion re guaranty | 1.00 |
| 6/27/2011 | RHF | Telephone conference with attorney I. Djurin re franchisor's motion for signature on guaranty | 0.30 |
| 9/22/2011 | RHF | Conference call with bank re Best Western report and disposition of hotels | 0.50 |
| 10/14/2011 | RHF | Review of multiple email correspondence from client and inspection reports from franchisers, re upgrades and inspection results. | 0.60 |
| 10/14/2011 | RHF | Correspondence with Anglo Irish attorneys re inspections results, franchiser demands and hearing. | 0.30 |
| 10/19/2011 | RLG | Telephone conference with Mr. Djurin re: status report on Best Western hearing. | 0.20 |
| 10/31/2011 | RHF | Review of offer to purchase hotels and communicate with client re same. | 0.30 |
| 10/31/2011 | RLG | Review terms of LOI offer to purchase hotel and real estate. | 0.30 |
| 11/2/2011 | RHF | Telephone conference with client re results of Best Western hearing, need for new sign and communicate same to Bank. | 0.40 |
| 11/28/2011 | RHF | Review of Best Western agreement. | 0.50 |
| 11/28/2011 | RHF | Telephone conference with client re court and lender approval of Best Western agreement. | 0.30 |
| 11/28/2011 | RHF | Review of franchisor/lender comfort letter. | 0.30 |
| 11/28/2011 | RHF | Telephone conference with client re: approval of comfort letter. | 0.20 |

|  |  | **RHF** | 6.40 |
|  |  | **RLG** | 0.70 |
|  |  | **Total:** | 7.10 |

# EXHIBIT F

### EXHIBIT F

### FEE PETITION

### 2241 ELKHORN LEXINGTON, L.P.

### SPECIAL COUNSEL

| DATE | ATTY | DESCRIPTION | TIME |
|---|---|---|---|
| 3/16/2011 | RHF | Email correspondence with Leslie Bayles re employment of special counsel. | 0.30 |
| 3/16/2011 | WAC | Review complaint and correspondence re: Kentucky Human Rights Commission complaint. | 0.20 |
| 3/16/2011 | WAC | Discuss the complaint and application to employ Jim Mills with R. Fimoff. | 0.10 |
| 3/16/2011 | WAC | Review and revise affidavit and motion to employ; telephone call with Jim Mills re: the same. | 1.00 |
| 3/16/2011 | WAC | Email w/ Jim Mills re: engagement letter, affidavit and motion to employ Jim Mills and firm. | 0.20 |
| 3/16/2011 | WAC | Prepare motion to employ special counsel for filing and make final revisions. | 1.00 |
| 3/17/2011 | WAC | Draft proposed order for motion to employ counsel. | 0.90 |
| 3/17/2011 | WAC | Continue revision of motion to employ special counsel. | 0.50 |
| 3/17/2011 | WAC | Prepare motion to employ special counsel, affidavit in support of the same, notice and exhibits for filing. | 0.50 |
| 3/17/2011 | WAC | Legal research on bankruptcy code re: legal authority for motion to employ special counsel. | 0.60 |
| 3/24/2011 | WAC | Telephone call with R. Fimoff re: status of hearing on motion to employ special counsel for Kentucky discrimination claim. | 0.10 |
| 3/24/2011 | WAC | Follow up telephone call re: J. Mills re: hearing on motion to employ special counsel. | 0.10 |
| 3/24/2011 | WAC | Email with Jim Mills re: Kentucky discrimination claim against Best Western Regency and send documents re: status of hearing on motion to employ special counsel for Kentucky discrimination claim. | 0.20 |
| 3/28/2011 | RHF | Final revisions to fee petition. | 0.40 |
| 3/29/2011 | RHF | Court appearance re motion to hire special counsel. | 0.50 |
| 4/7/2011 | RHF | Court appearance re motion to employ local counsel. | 1.00 |
| 4/12/2011 | RHF | Court appearance re motion to employ local counsel. | 0.70 |
| 4/21/2011 | RHF | Court appearance re motion to employ local counsel. | 0.80 |

|  |  | RHF | 3.70 |
|---|---|---|---|
|  |  | WAC | 5.40 |
|  |  | Total: | 9.10 |

# EXHIBIT G

**EXHIBIT   G**
**FEE PETITION - EXPENSES**
**2241 ELKHORN LEXINGTON, L.P.**
**EXPENSES**

| Date | Description | Amount |
|------|-------------|--------|
| 3/29/2011 | Postage Fee | $ 57.34 |
| 3/31/2011 | Photocopying | $ 15.60 |
| 4/27/2011 | PACER | $ 47.62 |
| 8/30/2011 | Messenger - delivery of document | $ 10.00 |
| 8/31/2011 | Photocopying | $ 5.60 |
| 1/19/2012 | PACER | $ 19.04 |
| 1/26/2012 | Postage Fee | $ 213.15 |
| | **Total:** | $ 368.35 |