# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re  2241 ELKHORN LEXINGTON, L.P.　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)　Bankruptcy No. ____10-34271____
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　Debtor.　　　)　Chapter　　　　___11___

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
## (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: _____**ROBBINS, SALOMON & PATT, LTD.**_____

Authorized to Provide Professional Services to: _____5650 North Sheridan Corporation_____

Date of Order Authorizing Employment: _____September 14, 2010_____

Period for Which Compensation is Sought:
From _____March 1_____, __2011__  through _____January 31_____, __2012__

Amount of Fees Sought:　$ 39,369.00 _____

Amount of Expense Reimbursement Sought:　$ 1,504.00 _____

This is an:　　　　Interim Application _____　　　　Final Application　__✔__

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| 11/12/10 | 7/30/10-10/31/10 | $46,538.92 | $45,049.17 | $45,049.17 |
| 3/31/11 | 11/1/10-2/28/11 | $36,993.17 | $36,626.12 | $81,675.29 |

Dated: _____2/8/12_____　　　　_____/s/ Richard H. Fimoff_____
　　　　　　　　　　　　　　　　　　　　　　　　(Counsel)

(Rev 11/19/10)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No. 10-34271** |
| **2241 ELKHORN LEXINGTON, L.P.** | ) | **Chapter 11** |
| **an Illinois limited partnership** | ) | **Hon. Pamela S. Hollis** |
| | ) | **Jointly Administered** |
| | ) | **Hearing Date:  February 21, 2012** |
| | ) | **Hearing Time: 10:00 AM** |

## <u>NOTICE OF MOTION</u>

TO:     See Attached Service List

PLEASE TAKE NOTICE that on February 21, 2012 at 10:00 a.m. or as soon thereafter as counsel may be heard, I shall appear, as Counsel for 5650 North Sheridan Corporation, before the Honorable Pamela S. Hollis, Bankruptcy Judge, in Courtroom 644 in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before any judge who may be sitting in her place or stead, and shall then and there present the:

1.     Application of Robbins, Salomon & Patt, Ltd., as Counsel for debtor and debtor in possession, for Allowance and Payment of Final Compensation and Reimbursement of Expenses from March 1, 2011 through January 31, 2012, for Allowance and Payment of Compensation of $39,369.00 and Reimbursement of Expenses of $1,504.00.

at which time and place you may appear as you see fit.

*Copies of Robbins, Salomon & Patt, Ltd.'s fee petition are available from the Clerk of the Bankruptcy Court through the CM/ECFsystem, or upon request from the undersigned,*

**Robbins, Salomon & Patt, Ltd.**

By:     <u>/s/Richard H. Fimoff</u>
        Richard H. Fimoff

RICHARD H. FIMOFF  (#804886)
Robbins, Salomon & Patt, Ltd.
25 E. Washington St., Suite 1000
Chicago, Illinois 60602
Telephone: (312) 782-9000
rfimoff@rsplaw.com

GN7322

## CERTIFICATE OF SERVICE

Richard H. Fimoff certifies that he caused to be served a true copy of the above and foregoing notice upon Patrick S. Layng, U.S. Trustee and the Debtor's Unsecured Creditors, by depositing a copy in the U. S. Mail, at 25 E. Washington St., Chicago, Illinois, postage prepaid, addressed as shown below, on or before 5:00 p.m. on February 8, 2012.

/s/Richard H. Fimoff

2241 Elkhorn Lexington, LLC
c/o Northstreet Properties
100 Field Drive, #110
Lake Forest, IL  60045

5650 North Sheridan Corporation
c\o North Street Properties
100 North Field Drive, #110
Lake Forest, IL  60045-1694

Aletha Chaffins
28 Brian Lane
Berea, KY  40403

Allied Central Distributing In
11600 Commonwealth Dr.
Louisville, KY  40299-2236

Allied Waste Services
451 Conway Court
Lexington, KY  40511-1007

American Hotel Register Compan
100 South Milwaukee Avenue
Vernon Hills, IL  60061

Andrea Patino
1840 McCullough Drive
#124
Lexington, KY  40511

Anglo Irish Bank
c\o BrynCave
161 N. Clark St., Ste 4300
Chicago, IL  60601

Anthony E. Chambers
909 Georgetown Street (RTS)
Lexington, KY  40511

April J. Holbrook
409 Red River Road
Winchester, KY  40391

April R. Brooks
544 Pemberton
B
Lexington, KY  40508

ARSI
555 Charles Drive
Suite 1001
Thousand Oaks, CA  91360

AS Hospitality
3493 Lamar Avenue
Memphis, TN  38118

Ashley S. Withrow
1274 Village Drive
#209
Lexington, KY  40504

AT&T Global Network Services
208 South Akard Street
Dallas, TX  75202

AT&T OneNet Service
P. O. Box 769
Arlington, TX  76004

GN7322

Barbara J. Wilkerson
411 East 6th Street
#5
Lexington, KY  40508

BCD Travel
 Six Concourse Parkway NE
12th Floor
Atlanta, GA  30328

Belinda F. Nash
2015 New Orleans Drive
Lexington, KY  40505

Berry
100 Executive Parkway
Hudson, OH  44236-1630

Betty J. Link
1825 Liberty Road
#505
Lexington, KY  40505

Brandon S. Peacock
1967 Springstation Drive
Lexington, KY  40505

Brock McVey Co.
1100 Brock McVey Drive
Box 55487
Lexington, KY  40555-5487

Carmen L. Sanders
3209 Valhalla Drive
Lexington, KY  40515-5460

Carmen L. Slone
1784 Augusta Court (RTS)
#8
Lexington, KY  40505

Ceridian
3201 34th Street South
Saint Petersburg, FL  33711

Chanda L. Taylor
150 Northland Drive (RTS)
#77
Lexington, KY  40505

Charles T. Brewer
2852 Mount McKinely Way
Lexington, KY  40517

Chastity H. Martin
812 Campbell Lane
Lexington, KY  40509-4317

Coast to Coast Computer Produc
4277 Valley Fair Street
Simi Valley, CA  93063

Consumers Choice Coffee
1118 Quality Choice Place
Louisville, KY  40210

Crystal M. Blackburn
1012 Cleveland Ford Road
Nicholasville, KY  40356

D.A.'s Contracting Specialties
87 Hamilton Lane
Perryville, KY  40468

Danny D. Drury
125 Arbor Place
Versailles, KY  40383

David D. Drury
718 Lakeview
Lexington, KY  40505

Deborah L. Maupin
616 North Upper
Lexington, KY  40508

Devon L. Hill
3451 Royal Wood
Lexington, KY  40515

GN7322

Donut Days Bakery
185 Southland Drive
Lexington, KY  40503

Dora C. Ramsey
P. O. Box 12031
Lexington, KY  40579

Expedia
333 108th Avenue NE
Bellevue, WA  98004

Faith M. Willis
135 Sims Drive
Nicholasville, KY  40356

Fayette County Sheriff
150 N Limestone Street
Suite 236
Lexington, KY  40507

Fayette Plumbing, Heating & Ai
305 South Broadway Park
Lexington, KY  40504

Green with Envy
1074 Spurlock Avenue
Nicholasville, KY  40356

Groople
1203 West Ridgeway Avenue
Waterloo, IA  50701-4017

Grott Locksmith Center
1112 Winchester Road
Lexington, KY  40505

Guest Supply
4301 US Highway One
Monmouth Junctio, NJ  08852-0902

Happy the Glass Man
1167 Commercial Drive
Lexington, KY  40505

HD Supply- BWR
7411 Goen Place
San Diego, CA  92120

HD Supply Facilities Maint.
PO Box 509058
7411 Goen Place
San Diego, CA  92150-1271

Hill Manufacturing Company, In
1500 Jonesboro Road SE
Atlanta, GA  30315

IHG
11580 Great Oaks Way
Alpharetta, GA  30022

Jaime M. Thornton
853 East 7th Street
Lexington, KY  40505

James K. Pinson
137 Quail Ridge Road
Winchester, KY  40391

Jane E. Bobbitt
528 Pemberton Street
Lexington, KY  40508

Jeffrey W. Hines
140 Owsley Avenue
Lexington, KY  40502

Jennifer A. Limberger
464 Kuhlman Drive
Versailles, KY  40383

Jennifer L. Hayes
1839 1/2 Marietta Drive
Lexington, KY  40505

Joseph E. Marquet
3857 Lincoln Road
Cincinnati, OH  45247

GN7322

Karen N. White
320 Burley Avenue
Lexington, KY  40503

Kathy H. Ritchie
1431 Main Street
Paris, KY  40361

Kaylan Tussey
1661 Lindy Lane
Lexington, KY  40505

Kentucky State Treasurer
1050 US Highway 27 South
Suite 100
Frankfort, KY  40601

Kim Jackson
226 Christopher Drive
Nicholasville, KY  40356

Kristen N. Agee
907 Highland Drive
Lexington, KY  40505

Kristina A. Kuhn
437 Redwood Road
Lancaster, KY  40444-8778

Kristina A. Kuhn
1533 Springfield Drive
Lexington, KY  40515

Landmark Sprinkler
2317 Frankfort Court
Lexington, KY  40510

Landmark Landscaping, Inc.
2317 Frankfort Court
Lexington, KY  40510

Lane E. Madison
3164 Mapleleaf Square
Lexington, KY  40509

Lansing D. Buckley
1661 Lindy Lane
Lexington, KY  40505

Larry T. Warford
3550 Pimlico Parkway
#234
Lexington, KY  40517

Latoya A. Flowers
224 Mousas Way
Lexington, KY  40509

LFUCG - Landfill
200 East Main Street
Lexington, KY  40507

LFUCG DOR
200 East Main Street
Lexington, KY  40507

Lisa A. Comley
842 East Loudon Avenue
Lexington, KY  40505

Lou A. Farris
224 12th Street
#160
Lexington, KY  40505

Mallory N. Drury
1024 Starhill Way
Lawrenceburg, KY  40342

Marty's Refrigeration Inc.
570 Judy Lane
Lexington, KY  40505

Melissa A. Manley
905 Chris Drive
Nicholasville, KY  40356

Melissa K. McCarti-Smyth
547 Breckenridge Street
Lexington, KY  40508

GN7322

Melisser A. Lear
817 West High Street
3B
Lexington, KY  40508

Meloris A. Baker
3190 Yellowstone Parkway
Lexington, KY  40517-3979

Michael S. Trusty
2111 Lansill Road
E66
Lexington, KY  40504

Micros Systems, Inc.
7031 Columbia Gateway Drive
Columbia, MD  21046-2289

Monita Parks
425 Roosevelt Boulevard
Lexington, KY  40508

Mora Construction
14006 LaClara Way
Louisville, KY  40299

Mulligan Plumbing
694 James Lane
Versailles, KY  40383

Nancy D. Bunton
529 Bright Avenue
Lexington, KY  40508

Nathaniel F. Barnes
208 A Poplar Circle
Versailles, KY  40383

OPC Pest Control
220 Big Run Road
Lexington, KY  40503

Otis Spumkmeyer Inc.
7090 Collection Drive
Chicago, IL  60693

Patricia A. Lane
650 Tower Plaza B8
Lexington, KY  40508

Paula R. Young
1578 Martha Court
#5
Lexington, KY  40505

Peggy S. Hensley
1312 Devonport Drive
#2
Lexington, KY  40504

Penny J. Martin
121 Lonetta
Lexington, KY  40505

Perry P. Harp
201 Lee Oak Circle
Harrodsburg, KY  40330

Phillip G. Hayes
1839 1/2 Marrietta Drive
Lexington, KY  40505

Prestige Carpet Cleaning, Inc.
3796 Kittiwake Drive
Lexington, KY  40517

Professional Image
1808 Front Street
Slidell, LA  70458

Quill Corp.
100 Schelter Road
Lincolnshire, IL  60069

Randi A. Gifford
124 Holly Avenue
Winchester, KY  40391

Raul Patino, Jr.
1521 Continental Square (RTS)
#19
Lexington, KY  40505

GN7322

Rebecca A. Brackett
305 Lindenhurst Drive
#7205
Lexington, KY  40509

REM Company
129 Fieldview Drive
Versailles, KY  40383

RGI Publications
15460 South Keeler
Suite C
Olathe, KS  66062

Ricardo C. Hernandez
4943 McCormick Road
Apartment B
Mount Sterling, KY  40353

Richard H. Fimoff
25 E Washington Street
Suite 1000
Chicago, IL  60602

Ricky R. Cole
414 1/2 Granard Avenue
Lexington, KY  40508

Sandra J. Bowen
368 Redding Road
Apt. 19
Lexington, KY  40517-2334

Shannon B. Hernandez
389 Gossett Road
Sharpsburg, KY  40374

Sheila K. Maupin
1728 Hillrise Drive
#501 E
Lexington, KY  40504

Shelley L. Carrizalas
105 Vera Court
Nicholasville, KY  40356

Sherri A. Smith
904 Byars Avenue
Lexington, KY  40505

Simplex Grinnell
973 Beasley Street
Lexington, KY  40509-4262

Snider G. Chowning
100 Yorkshire Court
Versailles, KY  40383

Staples
500 Staples Drive
Framingham, MA  01702

Stephen R. O'Bryan
367 Woodview Drive
Lexington, KY  40515

Stites & Harbison PLLC-BIS
250 West Main Street
Suite 2300
Lexington, KY  40507

Superior Uniform Group
10055 Seminole Boulevard
Seminole, FL  33772

Swim Pro Serive, Inc.
628 Kennedy Road
Lexington, KY  40511

Sysco Food Services Co.
7705 National Turnpike
Louisville, KY  40214-4874

Tantus Networks
850 W. Jackson Blvd.
Suite 250
Chicago, IL  60607-3048

Thermal Equipment Service
680 Bizzell Drive
Lexington, KY  40510-1003

GN7322

Thyssenkrupp Elevator
1712 Jaggie Fox Way
Lexington, KY  40511

Timothy W. Allred
15 Cherokee Court
Winchester, KY  40391

Tina R. Offutt
917 Byars Avenue (RTS)
Lexington, KY  40505

Tracie R. Masters
1804 Dalton Court #12
Lexington, KY  40505

Travel & Transport
2120 South 72nd Street
Omaha, NE  68124

Traveleaders
460 Waverly Road
Holland, MI  49423

Trevor C. Stanberry
1700 Jennifer Road
#43
Lexington, KY  40505

USA  Today
305 Seaboard Lane
Suite 301
Franklin, TN  37067-8288

William D. Vallotton
3565 Tates Creek Road
#111
Lexington, KY  40517

Wilson Sanitation Service
P. O. Box 723
Lexington, KY  40588-0723

Yovonda D. Dunson
305 Woodcross Place
Lexington, KY  40509

GN7322

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS,
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Chapter 11** |
| **2241 ELKHORN LEXINGTON, L.P.** | ) | |
| | ) | **Case No. 10-34271** |
| **Debtor** | ) | **Hon. Pamela Hollis** |
| | ) | **Jointly Administered** |
| | ) | **Date: February 21, 2012** |
| | ) | **Time: 10:00 a.m.** |

### APPLICATION OF ROBBINS, SALOMON & PATT, LTD., AS COUNSEL FOR DEBTOR AND DEBTOR IN POSSESSION, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

Now comes Robbins, Salomon & Patt, Ltd ("RSP"), as counsel for 5650 North Sheridan Corporation, debtor and debtor in possession herein, and for its Application for Allowance and Payment of Final Compensation and Reimbursement of Expenses, respectfully states as follows:

### JURISDICTION

1.    On July 30, 2010, 5650 North Sheridan Corporation, (the "Debtor") filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101-1532 (as amended, the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of Illinois (the "Court"), commencing the above-captioned Chapter 11 case. The Debtor continues to operate its business and manage its properties as Debtor-in-Possession pursuant to sections 1107(c) and 1108 of the Bankruptcy Code.

2.    No creditors' committee has been appointed in this case.

3.    This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

GN0665

4.    The basis for the relief requested herein is section 327 of the Bankruptcy Code and the Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## BACKGROUND

5.    The Debtor is an Illinois corporation that is the owner and operator of a hotel located at 2221 Elkhorn Road, Lexington, Kentucky known as "Holiday Inn Express" ("Property"). The Debtor's principal office and "nerve center" is located in Lake Forest, Illinois.

6.    The BW was purchased in 1999 for approximately $7,200,000.00. The Baymont was purchased by Debtor in 2000 for approximately $3,800,000.00. An additional $1,800,000.00 was expended by Debtor to improve the Baymont. The Lot was purchased by Debtor in 2000 for approximately $800,000.00.

7.    Since acquiring the Property, the Debtor has employed North Street Properties, Inc. ("NSP"), an affiliated company, as its property manager.

8.    The Debtor's operational and profitability problems are principally due to the general economic problems of the country over the last several years which has resulted in periodic declines in occupancy levels for the hotel industry, and the extended time that has been required to bring room occupancy levels back to proper levels. This has been exacerbated in Debtor's case by reason of fixed interest rate financing at levels substantially above current interest levels.

9.    On September 14, 2010 this Court entered an order authorizing the Debtor to retain RSP as its counsel in these Chapter 11 proceedings as of the inception of these cases, with RSP's compensation to be determined by this Court.

10.    As of the commencement of this case, RSP was holding a retainer on behalf of the Debtor in the amount of $34,932.00, which RSP was paid pursuant to this Court's order dated December 1, 2010.

FD7874

11.     From the inception of these proceedings, July 30, 2010 through the present date, RSP acted as counsel for Debtor and Debtor in possession in these Chapter 11 proceedings, and continues to act as such counsel.

12.     On January 24, 2012, this Court entered an order authorizing the Debtor to effectuate the terms of the Final Cash Collateral Order and to grant its secured lender a deed in lieu of foreclosure [docket no. 300].

13.     Debtor has executed and tendered deeds in lieu of foreclosure and has turned over possession and control of its property to its secured lender.  Debtor has no current operations, employees or property.

14.     Debtor has filed a motion to dismiss this case.

15.     Debtor's secured lender has agreed to pay all fees and expenses awarded herein from non-estate funds.

## RELIEF REQUESTED

16.     By this Application, RSP seeks

a)     the entry of an order allowing RSP final compensation in the amount of $39,369.00, for services provided to the debtor and debtor in possession during the period from March 1, 2011 through January 31, 2012;

b)     the entry of an order allowing RSP final reimbursement in the amount of $1,504.00, for reimbursement of expenses incurred in connection with the performance of RSP's services during the period from March 1, 2011 through January 31, 2012; and,

c)     the entry of an order directing the Debtor to pay to RSP the amounts this Court allows RSP as its interim compensation and reimbursement of expenses, from its cash flow.

## LEGAL SERVICES RENDERED

FD7874

17.     The total time expended by RSP attorneys and paralegals in connection with this Chapter 11 case during the period commencing March 1, 2011 through and including January 31, 2012 is 102.00 hours as follows:

| Attorney | Hours |
|---|---|
| Barry Glazer ("BG") | .50 |
| Catherine A. Cooke ("CAC") | 5.70 |
| Caroline S. Smith ("CSS") | 22.90 |
| Richard H. Fimoff ("RHF") | 59.50 |
| Robert J. Trizna ("RJT") | .80 |
| Richard L. Gayle ("RLG") | 10.10 |
| Paralegal/Research Clerk | |
| Nancy K. Kondziolka ("NKK") | 2.50 |
| Total: | 102.00 |

18.     The hourly rates charged by RSP for legal services rendered in this bankruptcy case are as follows:

| Attorney | Rate |
|---|---|
| Barry Glazer ("BG") | $330.00 |
| Catherine A. Cooke ("CAC") | $250.00 |
| Caroline S. Smith ("CSS") | $270.00 |
| Richard H. Fimoff ("RHF") | $475.00 |
| Robert J. Trizna ("RJT") | $340.00 |
| Richard L. Gayle ("RLG") | $425.00 |
| Paralegal / Research Clerk | |
| Nancy K. Kodziolka ("NKK") | $155.00 |

These hourly rates are the customary and usual rates which RSP charges clients on matters of this nature.

19.    The legal services rendered by RSP during the period from March 1, 2011 through January 31, 2012, as more fully described in Exhibits A-E have been divided into the following general categories:

A.    General Administration

The legal services rendered in this category relate to the consulting with Debtor's staff re financial and operational issues created by filing of case, assisting Debtor with the preparation and submission of operating reports, communicating with Debtor and its creditors regarding the bankruptcy case, representing the Debtor in the negotiation and documentation of a new franchise agreement, representing the Debtor at all court hearings, and preparation of this fee petition.

Total Time Expended:         32.80 Hours

General Administrative services were performed by the following:

| Attorney | Hours |
|---|---|
| Caroline S. Smith ("CSS") | 22.90 |
| Richard H. Fimoff ("RHF") | 7.00 |
| Richard L. Gayle ("RLG") | .40 |
| Paralegal/Research Clerk | |
| Nancy K. Kondziolka ("NKK") | 2.50 |
| Total: | 32.80 |

Attached to this Motion as Exhibit "A" is an itemization of the legal services rendered in this category.

B.   Cash Collateral

The legal services rendered in this category relate to the Debtor's efforts to obtain and continue its use of the cash collateral of Anglo-Irish Bank, including drafting and presentation of motions for use of cash collateral, negotiation of terms of cash collateral orders, and drafting of cash collateral orders, working with Debtor's accountants and managers to establish and comply with appropriate cash collateral budgets, negotiation of changes in terms and items in cash collateral budgets, negotiation of cash collateral budget variance issues, review of cash collateral budge variance reports, court appearances regarding the presentation of cash collateral motions and the approval of the cash collateral orders and budgets.

Total Time Expended:        18.60 Hours

| Attorney | Hours |
|---|---|
| Catherine A. Cooke ("CAC") | 5.50 |
| Richard H. Fimoff ("RHF") | 27.90 |
| Richard L. Gayle ("RLG") | .30 |
| Total: | 33.70 |

Attached to this Motion as Exhibit "B" is an itemization of the legal services rendered in this category.

C.   Plan of Reorganization efforts

The legal services rendered in this category relate to the Debtor's efforts to file and confirm a Plan of Reorganization including attending meetings with the principals of the Debtor, Debtor's professionals and representatives of its secured lenders to discuss various issues regarding the formulation of a plan and to attempt to negotiate same, conduct discussions with Debtor's accountants and managers regarding the Debtor's ability to fund a plan, determination

FD7874

6

of extent of liabilities to be funded, draft and file a plan of reorganization and disclosure statement and amendments thereto, and draft of motions and orders and court appearances related thereto.

Total Time Expended:         23.40 Hours

| Attorney | Hours |
|---|---|
| Richard H. Fimoff ("RHF") | 14.30 |
| Robert J. Trizna ("RJT") | .20 |
| Richard L. Gayle ("RLG") | 8.90 |
| Total: | 23.40 |

Attached to this Motion as Exhibit "C" is an itemization of the legal services rendered in this category.

    D.    Stay

The legal services rendered in this category relate to Debtor's efforts in opposition to Anglo Irish Bank's motion to lift the automatic stay to allow it to proceed with its state court foreclosure litigation, including research, preparation of pleadings, conducting and responding to discovery requests, preparation for and attending court appearance retarding same.

Total Time Expended:         3.60 Hours

| Attorney | Hours |
|---|---|
| Catherine A. Cooke ("CAC") | .20 |
| Richard H. Fimoff ("RHF") | 2.70 |
| Robert J. Trizna ("RJT") | .60 |
| Richard L. Gayle ("RLG") | .10 |
| Total: | 3.60 |

FD7874

7

Attached to this Motion as Exhibit "D" is an itemization of the legal services rendered in this category.

E.    Franchise Agreement

The legal services rendered in this category relate to efforts to extend its agreement with its franchisor through the end of the year including negotiations with franchisor, preparation of motion and presentation to the Court.

Total Time Expended:        8.50 Hours

| Attorney | Hours |
|---|---|
| Barry Glazer ("BG") | .50 |
| Richard H. Fimoff ("RHF") | 7.60 |
| Richard L. Gayle ("RLG") | .40 |
| Total: | 8.50 |

Attached to this Motion as Exhibit "E" is an itemization of the legal services rendered in this category.

20.    The total time expended by RSP attorneys and paralegals in connection with this Chapter 11 case during the period commencing March 1, 2011 through January 31, 2012, is 102.00 hours as follows:

| Attorney | Hours | Amounts |
|---|---|---|
| Barry Glazer ("BG") | .50 | $165.00 |
| Catherine A. Cooke ("CAC") | 5.70 | $1,425.00 |
| Caroline S. Smith ("CSS") | 22.90 | $6,183.00 |
| Richard H. Fimoff ("RHF") | 59.50 | $28,262.50 |
| Robert J. Trizna ("RJT") | .80 | $272.00 |
| Richard L. Gayle ("RLG") | 10.10 | $4,292.50 |

FD7874

Paralegal/Research Clerk

| | | |
|---|---|---|
| Nancy K. Kondziolka ("NKK") | 2.50 | $387.50 |
| Total: | 102.00 | $40,987.50 |

## EXPENSES INCURRED

21.    During the course of the representation of the Debtor in possession, RSP has incurred necessary expenses for which reimbursement is sought. The total amount of these expenses for the period commencing March 1, 2011 through January 31, 2012 is $1,504.00 for legal research. Attached to this Motion as Exhibit "F" is an itemization of the expenses incurred.

## CONCLUSION

22.    RSP's First Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses sought $45,695.50 in fees and $843.42 as reimbursement of expenses for services performed and expenses incurred for the period from July 30, 2010 through October 31, 2010.  This Court awarded $44,225.75 in fees and $823.42 in reimbursement of expenses, which has been paid from the retainer held by RSP and from Debtor's cash flow.

23.    RSP's Second Application for Allowance and Payment of Interim Compensation and Reimbursement of Expenses sought $36,722.00 in fees and $271.17 as reimbursement of expenses for services performed and expenses incurred for the period from November 1, 2010 through February 28, 2011.   This Court awarded $36,354.95 in fees and $271.17 in reimbursement of expenses.

24.    Other than as provided in Section 504(b) of the Bankruptcy Code, RSP has not shared, or agreed to share, any compensation received as a result of this case with any person, firm or entity. No promises concerning compensation have been made to RSP by any person, firm or entity.

FD7874

25.    RSP asserts that the final compensation requested in this Motion is reasonable compensation for the actual and necessary legal services rendered, based upon the time, nature, extent and value of such legal services. RSP further asserts that the cost of legal services rendered for and on behalf of the Debtor in Possession is comparable to the cost of similar services in matters other than under the Bankruptcy Code. RSP has sometimes utilized two or three attorneys to review and/or revise pleadings, participate in conference calls and to discuss strategy. RSP has attempted to keep such multiple participation to a minimum, but where utilized, given the size and complexity of this case, RSP believes that such participation was appropriate and is compensable.

26.    RSP asserts that the expenses for which reimbursement is sought in this Motion are reasonable and were actual and necessary expenditures required in the representation of the Debtor in Possession in this Chapter 11 case.

27.    Debtor has reviewed this motion, and has approved the payment of fees and reimbursement of expenses requested herein.

28.    Debtor's secured lender, LSREF2 Clover Leaf 9, LLC has agreed to pay the attorneys fees allowed herein and in the jointly administered case of 2241 Elkhorn Lexington, LLC not to exceed $168,000.00. RSP has agreed not to seek payment of its professional fees and expenses reimbursement from the Debtor or its estate.

WHEREFORE, for the foregoing reasons, the law firm of Robbins, Salomon & Patt, Ltd., former counsel for the Debtor in Possession, prays for the entry of an order pursuant to Section 331 of the Bankruptcy Code, as follows:

FD7874

     A.    Allowing final compensation and reimbursement of expenses to RSP in the amounts of $39,369.00 and $1,504.00, respectively for services provided from the period commencing March 1, 2011 through January 31, 2012; and

     B.    Granting such other relief as may be just and equitable.

Respectfully Submitted,
Robbins, Salomon & Patt, Ltd.

/s/ Richard H. Fimoff (804886)
Robbins, Salomon & Patt, Ltd.
25 E. Washington Street, 10th Floor
Chicago, Illinois 60602
(312) 782-9000
rfimoff@rsplaw.com

# EXHIBIT A

EXHIBIT A
FEE PETITION
5650 NORTH SHERIDAN CORPORATION
GENERAL ADMINISTRATION

| DATE | ATTY | DESCRIPTION | TIME |
|------|------|-------------|------|
| 3/2/2011 | RLG | Meeting with RHF re: review of upcoming critical dates and assignment of work responsibilities. | 0.20 |
| 3/7/2011 | RHF | Work on fee petition. | 0.40 |
| 3/8/2011 | CSS | Preparation of Interim Application for Compensation for 5650 North Sheridan Corporation for Huml, Accountant. | 0.90 |
| 03/08/11 | CSS | Preparation of Notice of Motion and Proposed Order for Interim Application for Compensation for 5650 North Sheridan Corporation on behalf of Huml, Accountant. | 0.30 |
| 3/11/2011 | CSS | Modifications to Application for Compensation for Accountant. | 0.20 |
| 3/16/2011 | CSS | Modification to fee petition exhibit for Sheridan to include February time. | 0.30 |
| 3/28/2011 | CSS | Final preparation of William Huml's Fee Application, Notice of Motions and Proposed Orders. | 0.50 |
| 03/28/11 | RHF | Final revisions to fee petition. | 0.40 |
| 03/28/11 | RHF | Final revisions to accountants fee petition and telephone conference with accountant re same. | 0.30 |
| 3/29/2011 | CSS | Modifications to fee petition exhibit for 5650 North Sheridan Corporation on behalf of RSP. | 0.90 |
| 3/29/2011 | CSS | Preparation of Application for Compensation for 5650 North Sheridan Corporation on behalf of RSP. | 1.10 |
| 3/29/2011 | CSS | Preparation and modifications to Cover Sheet, Notice of Motion and Order for 5650 North Sheridan Corporation on behalf of RSP. | 0.20 |
| 3/31/2011 | CSS | Modifications to fee petition exhibit and fee application for 5650 North Sheridan Corporation on behalf of RSP. | 1.00 |
| 4/4/2011 | RHF | Telephone conference with creditors re case status and plan terms | 0.30 |
| 4/20/2011 | RLG | Update bankruptcy litigation court calendar and confer with Richard H. Fimoff re: status of additional events. | 0.10 |
| 5/5/2011 | RLG | Meeting with S. Jacubowsky to review status of pending Chapter 11 matter. | 0.10 |
| 5/10/2011 | CSS | Review of court orders and billing history for 5650 North Sheridan Corporation relating to professional fees billed and outstanding amounts due. | 0.50 |
| 5/13/2011 | RHF | Review of annual report and fee. | 0.20 |
| 6/3/2011 | CSS | Meeting with Richard Gayle and initial work on Excel Spreadsheet for professional fees through May 31, 2011. | 0.60 |
| 6/6/2011 | CSS | Finalized excel spreadsheets with professional fees for 5650 North Sheridan Corporation. | 1.00 |
| 7/12/2011 | CSS | Work on fee petition exhibit for 5650 North Sheridan Corporation. | 0.80 |
| 7/13/2011 | CSS | Review of open items relating to professional fees and preparation of schedule regarding same. | 0.50 |
| 8/4/2011 | CSS | Review of court orders and work related to professional compensation for Robbins, Salomon & Patt, Ltd. and William E. Huml Company, Ltd. | 1.00 |
| 8/16/2011 | CSS | Review of fees for interim compensation application. | 0.30 |
| 9/1/2011 | CSS | Review of professional fees entries for 5650 Sheridan Corporation. | 0.20 |
| 9/2/2011 | CSS | Preparation of professional fee information for William E. Huml & Associates for 5650 North Sheridan Corporation. | 0.20 |
| 9/2/2011 | NKK | Review Kentucky Notice of Registered Agent Resignation. | 0.20 |
| 9/2/2011 | NKK | Research status of Kentucky corporation and registered agent resignation with Kentucky State Department. | 0.60 |
| 9/6/2011 | CSS | Review of professional fees for Robbins, Salomon & Patt in conjunction with previous orders awarded by the Court. | 0.30 |
| 9/22/2011 | RHF | Conference call with bank re Best Western report and disposition of hotels. | 0.50 |
| 10/17/2011 | CSS | Preparation of fee petition exhibit on behalf of RSP for 5650 North Sheridan Corporation. | 1.20 |
| 10/21/2011 | CSS | Initial preparation of fee petition exhibit for William E. Huml & Associates for 5650 North Sheridan. | 0.50 |
| 10/21/2011 | NKK | Review Certificate of Revocation, rejected annual report and correspondence received from the State of Kentucky for 5650 North Sheridan Corporation. | 0.30 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/21/2011 | NKK | Contact National Registered Agent Services Corporation re: steps necessary to reactivate Kentucky corporation and name new registered agent. | 0.30 |
| 10/21/2011 | NKK | Prepare Kentucky Certificate of Authority. | 0.50 |
| 10/24/2011 | CSS | Preparation of Third Application for Compensation for 5650 North Sheridan. | 1.40 |
| 10/24/2011 | CSS | Preparation of Notice of Motion and Proposed Order for 5650 North Sheridan Corporation. | 0.60 |
| 10/24/2011 | CSS | Preparation of fee petition exhibit for 5650 North Sheridan Corporation. | 0.90 |
| 10/24/2011 | CSS | Review of prior fee payments made to Huml. | 0.20 |
| 10/24/2011 | NKK | Arrange filing of Kentucky Certificate of Authority with NRAI Corporate Services. | 0.30 |
| 10/25/2011 | CSS | Finalized fee petition on behalf of William E. Huml & Associates for 5650 North Sheridan. | 0.30 |
| 10/25/2011 | CSS | Telephone conference with Ronda Landry regarding professional fees for William E. Huml & Associates for 5650 North Sheridan. | 0.20 |
| 10/25/2011 | NKK | Review file Certificate of Authority received from State of Kentucky. | 0.30 |
| 10/31/2011 | RHF | Review of offer to purchase hotels. | 0.20 |
| 10/31/2011 | RHF | Communicate with client re offer to purchase. | 0.20 |
| 10/31/2011 | RHF | Communicate with attorney for bank re offer to purchase. | 0.10 |
| 11/3/2011 | RHF | Ccommunicate with bank's attorney and client re meeting with new lender representatives. | 0.20 |
| 11/3/2011 | RHF | Review and revise RSP fee petition entries. | 1.00 |
| 11/4/2011 | CSS | Modifications to petition for compensation on behalf of William E. Huml & Associates for 5650 N. Sheridan, including fee exhibit. | 1.50 |
| 11/4/2011 | RHF | Review and revise fee petition for Huml | 0.70 |
| 11/4/2011 | RHF | Follow up on reinstatement of workman's compensation insurance | 0.40 |
| 11/11/2011 | CSS | Modifications to fee petition for 5650 North Sheridan Corporation on behalf of William E. Huml & Associates. | 1.10 |
| 11/11/2011 | CSS | Modification to fee petition exhibit for 5650 North Sheridan Corporation on behalf of RSP. | 0.80 |
| 11/11/2011 | CSS | Modifications to fee petition for 5650 North Sheridan Corporation on behalf of William E. Huml & Associates. | 1.10 |
| 11/17/2011 | RHF | Review and revise Huml fee petition and review time entries exhibits. | 0.70 |
| 11/17/2011 | RHF | Review and revise fee petition time entry exhibits. | 1.00 |
| 11/30/2011 | RHF | Conference with A. Smith re debtor's agreement with lender re disposition of cases. | 0.40 |
| 12/5/2011 | CSS | Review and update to fee petition exhibit to include November 2011 time. | 1.30 |
| 1/31/2012 | CSS | Preparation of and review of fee petition exhibit | 1.00 |

| | | |
|---|---:|---:|
| CSS | | 22.90 |
| NKK | | 2.50 |
| RHF | | 7.00 |
| RLG | | 0.40 |
| Total: | | 31.80 |

FO4684

# EXHIBIT B

EXHIBIT B
FEE PETITION
5650 NORTH SHERIDAN CORPORATION
CASH COLLATERAL

| DATE | ATTY | DESCRIPTION | TIME |
|------|------|-------------|------|
| 3/9/2011 | RHF | Preparation of order for continued use of cash collateral. | 0.40 |
| 3/10/2011 | RHF | Court appearance re motion for continued use of cash collateral. | 0.50 |
| 3/10/2011 | RHF | Court hearing on continued use of cash collateral. | 0.50 |
| 5/5/2011 | RHF | Review of information on cash needs of hotel. | 0.40 |
| 5/5/2011 | RHF | Communicate with debtor re cash needs and 60-90 day budget. | 0.30 |
| 5/5/2011 | RHF | Communicate with attorney for bank re funding cash needs and budget. | 0.30 |
| 5/9/2011 | RHF | Inquire re timing of advances. | 0.20 |
| 5/16/2011 | RHF | Review of variance report and transmittal to bank. | 0.30 |
| 5/19/2011 | RHF | Communicate with attorneys for bank re new financing for dip and motion re same. | 0.40 |
| 5/25/2011 | CAC | Review email correspondence regarding emergency motion for financing and discussion with Aaron Davis for Anglo Irish Bank regarding same. | 0.30 |
| 5/26/2011 | CAC | Attend court on Agreed Motion to Continue Hearing on use of cash collateral. | 0.50 |
| 5/26/2011 | CAC | Review Emergency Motion and Stipulation for interim financing, confer with Richard Fimoff regarding revisions, and email correspondence to Anglo attorneys regarding request for same. | 0.80 |
| 5/26/2011 | CAC | Review emergency motion standing order and prepare Rule 9011 declaration of emergency. | 0.20 |
| 5/27/2011 | CAC | Email and phone communications with Anglo Irish attorneys and Richard Fimoff regarding revisions and consent to Emergency Motion for Financing/Use of Cash Collateral and Stipulation for same. | 1.60 |
| 5/27/2011 | CAC | Prepare Notice of Filing and Certificate of Service, including obtaining fax numbers for 20 largest unsecured creditors in lieu of UPS overnighting to all. | 1.10 |
| 5/27/2011 | CAC | Compilation and finalize for filing of Motion and Stipulation and electronically file same. | 0.50 |
| 5/27/2011 | CAC | Review file and previously file Motion for Use of Cash Collateral to ascertain principal indebtedness amount and phone conversation with Richard Fimoff and client regarding same. | 0.50 |
| 5/27/2011 | RHF | Telephone conference with client re terms of financing stipulation. | 0.40 |
| 5/27/2011 | RHF | Telephone conferences with attorney for bank re terms of stipulation for financing, service and presentation of motion. | 0.50 |
| 5/27/2011 | RLG | Confer with Mr. Djurin and Catherine A. Cooke re: budget approval set for hearing on 5/31. | 0.10 |
| 5/31/2011 | RHF | Court appearance re emergency motion to borrow money. | 1.00 |
| 6/6/2011 | RHF | Finalize cash collateral budget and interim use order. | 0.60 |
| 6/22/2011 | RHF | Review of budget variance reports. | 0.20 |
| 7/13/2011 | RHF | Finalize cash collateral order and budget for submission. | 0.40 |
| 7/21/2011 | RHF | Court appearance re continued use of cash collateral. | 0.70 |
| 8/16/2011 | RHF | Court appearance re continued use of cash collateral. | 1.00 |
| 8/18/2011 | RHF | Prepare agreed order re continued use of cash collateral. | 1.00 |
| 9/8/2011 | RHF | Court appearance re continued use of cash collateral. | 1.00 |
| 9/9/2011 | RLG | Review status of closing issues to be resolved with Richard H. Fimoff and Todd A. Bickel. | 0.20 |
| 10/19/2011 | RHF | Communicate with attorneys for Anglo Irish Bank re payment of taxbills. | 0.20 |
| 10/19/2011 | RHF | Communicate with accountants re current property tax bills and payment timing. | 0.30 |
| 11/3/2011 | RHF | Communicate with bank's attorney and accountant re new cash collateral order and budget. | 0.30 |
| 11/17/2011 | RHF | Review email correspondence re new budgets, cash collateral authorization and advances. | 0.30 |
| 11/17/2011 | RHF | Review of cash collateral orders. | 0.30 |
| 11/17/2011 | RHF | Communicate with Hudson Associates and attorneys for bank re additional cash collateral advances. | 0.20 |
| 11/18/2011 | RHF | Email correspondence with Hudson Associates re cash collateral budget and authority for additional advance. | 0.30 |
| 11/18/2011 | RHF | Review of cash collateral order re additional advances. | 0.30 |

| | | |
|---|---|---|
| 11/18/2011 | RHF Telephone conference with new attorney for lender re need for cash collateral advance. | 0.30 |
| 11/18/2011 | RHF Revise interim cash collateral order for use as final order. | 0.50 |
| 11/21/2011 | RHF Review and revise final cash collateral order. | 0.70 |
| 11/21/2011 | RHF Telephone conference with A. Smith re changes to final cash collateral order. | 0.40 |
| 11/21/2011 | RHF Telephone conference with accountant re revisions to budget to track new advance. | 0.20 |
| 11/21/2011 | RHF Telephone conference with courtroom deputy re entry of final order. | 0.20 |
| 11/22/2011 | RHF Review of invoice for insurance premium financing. | 0.20 |
| 11/22/2011 | RHF Communicate with A. Smith, attorney for lender, re payment of premiums. | 0.30 |
| 11/22/2011 | RHF Communicate with accountant re availability of funds to pay premiums. | 0.40 |
| 11/28/2011 | RHF Communicate with lender's counsel re approval of cash collateral budget. | 0.20 |
| 11/29/2011 | RHF Court appearance re motion to obtain credit and incur debt. and Bryan Cave motion to withdraw. | 0.50 |
| 12/6/2011 | RHF Multiple communications with lender and accountant re budget and need for additional cash advances. | 0.50 |
| 12/8/2011 | RHF Multiple communications with accountant and Guy Charette re cash needs of hotels and timing of funding. | 0.50 |
| 12/12/2011 | RHF Communicate with accountants re availability of cash to pay payroll and other expenses. | 0.30 |
| 12/12/2011 | RHF Telephone conference with A. Smith re how lender wants to deal with hotels and cash needs. | 0.30 |
| 12/15/2011 | RHF Review of outstanding accounts payable and administrative expenses.. | 0.70 |
| 12/15/2011 | RHF Communicate with attorney for lender re cash needs, termination of operations without funding and motion to lift stay to permit foreclosure. | 0.50 |
| 12/16/2011 | RHF Multiple communications with lender's counsel re operation funding needs, and lender's commitment to fund. | 0.40 |
| 12/16/2011 | RHF Multiple communications with accountant and client re funding needed and timing of same and obtaining commitment from lender to fund. and review of budgets. | 0.50 |
| 12/19/2011 | RHF Telephone conference with lender's attorney re: lifting of stay. | 0.30 |
| 12/19/2011 | RHF Review of draft motion re lifting stay. | 0.40 |
| 12/20/2011 | RHF Follow up with attorney for lender re funding for hotel operations,. | 0.30 |
| 12/21/2011 | RHF Communicate with lender's counsel and accountants re cash needs. | 0.40 |
| 1/11/2012 | RHF Telephone conference with accountants re unpaid billings and hotel cash needs. | 0.30 |
| 1/13/2012 | RHF Review of information request from attorney for lender. | 0.20 |
| 1/13/2012 | RHF Obtain information and provide to lender's counsel. | 0.50 |
| 1/23/2012 | RHF Revise motion to lift stay. | 0.70 |
| 1/23/2012 | RHF Conference with attorney for lender re  lifting stay. | 0.30 |
| 1/24/2012 | RHF Communicate with attorney for lender re changes to motion and order. | 0.50 |
| 1/24/2012 | RHF Revise motion and order re granting lender deed in lieu. | 0.70 |
| 1/26/2012 | RHF Court appearance re motion to grant deed in lieu. | 1.00 |
| 1/26/2012 | RHF Preparation of motion to dismiss and order dismissing. | 0.60 |
| 1/26/2012 | RHF Communicate with attorney for lender re transition to lender's operation. | 0.30 |
| 1/31/2012 | RHF Communicate with attorney for lender regarding quit claim deeds. | 0.30 |
| 1/31/2012 | RHF Telephone conference with client regarding quit claims deeds and terminating business operations. | 0.50 |
| 1/31/2012 | RHF Review of quit claim deeds and eliminate warranties re: taxes or encumbrances. | 0.40 |
| 1/31/2012 | RHF Telephone conference with client regarding execution and return of deeds. | 0.30 |

| | |
|---|---|
| CAC | 5.50 |
| RHF | 27.90 |
| RLG | 0.30 |
| Total: | 33.70 |

# EXHIBIT C

**EXHIBIT C**
**FEE PETITION**
**5650 NORTH SHERIDAN CORPORATION**
**PLAN OF REORGANIZATION / DISCLOSURE STATEMENT**

| DATE | ATTY | DESCRIPTION | TIME |
|------|------|-------------|------|
| 03/01/11 | RHF | Telephone conference with client and R. Gayle re response to Anglo Irish on deficiency on hotels. | 0.40 |
| 03/01/11 | RLG | Confer with Richard H. Fimoff and Mr. Djurin re: amount of proposed Bank deficiency and other potential settlement terms. | 0.40 |
| 03/02/11 | RHF | Telephone conference with Leslie Bayles re response to agreed deficiency issue, continuation of hearing and timing of settlement . | 0.40 |
| 03/29/11 | RLG | Confer with Richard H. Fimoff re: his ongoing settlement discussions with opposing counsel, confer with Mr. Djurin re: same. | 0.20 |
| 04/11/11 | RLG | Confer with Richard H. Fimoff and Mr. Djurin re: possible global settlement of Anglo debt issues. | 0.40 |
| 04/12/11 | RLG | Confer with Mr. Djurin and Richard H. Fimoff: analysis of new settlement proposal by Anglo Irish and possible responses thereto. | 0.80 |
| 04/13/11 | RLG | Office conference with Mr. Djurin and Richard H. Fimoff re: analysis of Anglo Irish settlement proposal and strategy for counter-offer. | 0.90 |
| 04/14/11 | RLG | Confer with Richard H. Fimoff re: draft of response and counter-proposal to Anglo Irish's settlement offer. | 0.10 |
| 04/15/11 | RHF | Work on response to bank's settlement proposal and discussion with client re same. | 0.50 |
| 04/17/11 | RLG | Review Richard H. Fimoff's draft counterproposal to Anglo. | 0.10 |
| 04/18/11 | RHF | Work on response to bank's settlement proposal and prepare spreadsheet showing effect of response. | 0.50 |
| 04/18/11 | RLG | Review and revise Richard H. Fimoff's counterproposal to Anglo Irish. | 0.30 |
| 04/25/11 | RLG | Telephone conferences with Mr. Djurin and confer with Richard H. Fimoff re: analysis of Anglo Irish settlement counterproposal. | 0.10 |
| 04/26/11 | RHF | Telephone conference with L.. Bayles re counter proposal's terms for settlement. | 0.30 |
| 04/26/11 | RHF | Telephone conference with client re bank's response. | 0.30 |
| 04/26/11 | RLG | Confer with Richard H. Fimoff and Mr. Djurin re: ongoing settlement discussions and parameters with counsel for Anglo Irish. | 0.50 |
| 04/27/11 | RHF | Review of financial impact of bank's counter proposal. | 0.50 |
| 04/27/11 | RLG | Telephone conferences with Mr. Djurin and confer with Richard H. Fimoff re: continued review and analysis of possible responses to Anglo Irish's settlement counterproposal and request for additional information from Anglo re: accounting and disclosure of components of debt identified in its Proof of Claim. | 0.10 |
| 04/28/11 | RLG | Confer with Richard H. Fimoff re: analysis of continuing settlement discussions with counsel for Anglo Irish. | 0.10 |
| 04/29/11 | RLG | Continuing email discussions with counsel for Anglo Irish re: settlement details. | 0.10 |
| 05/02/11 | RHF | Review of financial information re funding proposed settlement. | 0.30 |
| 05/02/11 | RHF | telephone conference with client re funding proposed settlement. | 0.20 |
| 05/06/11 | RLG | Review financial information from counsel for Anglo re: breakdown of pre and post petitions costs and expenses. | 0.10 |
| 05/09/11 | RHF | Review of Anglo Irish bank claim details and issues with advances. | 0.40 |
| 05/09/11 | RLG | Review numbers from Anglo Irish re: sums claimed due on debts and confer with Mr. Djurin and Richard H. Fimoff re: additional information required. | 0.20 |
| 05/10/11 | RHF | Office conference with client and R. Gayle re response to Bank's proposal. | 0.30 |
| 05/10/11 | RHF | Review of claims breakdown. | 0.30 |
| 05/10/11 | RLG | Confer with Richard H. Fimoff and Mr. Djurin re: terms of settlement counter-proposal. | 0.20 |
| 05/11/11 | RHF | Prepare and revise response to Bank's proposal and spreadsheets. | 0.80 |
| 05/11/11 | RHF | Multiple telephone conferences with client re same. | 0.30 |
| 05/11/11 | RLG | Review and revise Richard H. Fimoff's draft settlement counterproposal, confer with Richard H. Fimoff and Mr. Djurin re: same; Review and revise pro-forma schedule to be included with counter-proposal; revise email transmittal message to opposing counsel. | 0.70 |
| 05/12/11 | RHF | Communicate with attorney for Anglo Irish Bank and client re settlement terms. | 0.30 |
| 05/13/11 | RHF | Review and revise response to bank proposal for settlement. | 0.40 |

| | | | |
|---|---|---|---|
| 05/13/11 | RHF | Telephone conference with client re bank proposal changes. | 0.20 |
| 05/16/11 | RHF | Review of bank counter proposal and discussion with client re same. | 0.30 |
| 05/16/11 | RLG | Study and review Anglo Irish's response to our settlement counterproposal, confer with Mr. Djurin re: same and confer with Richard H. Fimoff re: initial thoughts and analysis. | 0.20 |
| 05/17/11 | RHF | Review of Anglo Irish response to Debtor's proposal on open settlement items. | 0.50 |
| 05/17/11 | RLG | Confer with Richard H. Fimoff and Mr. Djurin re: analysis of Anglo Irish settlement counterproposal and Debtor's response thereto. | 0.20 |
| 05/18/11 | RHF | Meeting with attorney for Anglo Irish re open settlement items. | 0.70 |
| 05/18/11 | RLG | Meeting with counsel for Anglo Irish and Richard H. Fimoff re: continuing settlement discussions, confer with Mr. Djurin re: same. | 0.20 |
| 05/19/11 | RLG | Confer with Richard H. Fimoff and Mr. Djurin re: analysis of financial terms of settlement proposed by counsel for Anglo Irish and analysis of terms of Debtor's counterproposal. | 0.10 |
| 05/23/11 | RLG | Review projections based on economics discussed at meeting with counsel for Anglo Irish Bank, compare to revised projections at modified repayment rates to Anglo Irish and telephone conference with Mr. Djurin re: same. | 0.10 |
| 05/24/11 | RLG | Commence initial draft settlement counterproposal to Leslie Bayles on behalf of Anglo Irish Bank. | 0.20 |
| 05/25/11 | RLG | Review and revise settlement counterproposal to Leslie Bayles. | 0.20 |
| 05/25/11 | RLG | Finalize counterproposal and email communications with L. Bayles re: same. | 0.10 |
| 06/01/11 | RHF | Review of bank counterproposal and office conference with R. Gayle re same. | 0.30 |
| 05/01/11 | RLG | Detailed review of settlement communication from Ms. Bayles and email communications with Ms. Bayles re: settlement counterproposal from Anglo Irish Bank, | 0.20 |
| 06/02/11 | RHF | Review and compare bank counterproposal. | 0.30 |
| 05/02/11 | RHF | Discussion with client re counterproposal and financial impact of changes. | 0.20 |
| 05/02/11 | RHF | Multiple correspondence with attorney for bank re additional information on interest computation and advances. | 0.20 |
| 06/02/11 | RLG | Confer with Mr. Djurin and Richard H. Fimoff re: review and analysis of latest settlement proposal and financial information received from Anglo Irish Bank. | 0.20 |
| 06/03/11 | RHF | Review of bank's response to latest proposal. | 0.30 |
| 05/03/11 | RHF | Telephone conference with client re open issues to be settled. | 0.20 |
| 06/03/11 | RHF | Telephone conference with bank's attorney re open issues and proposals for resolving. | 0.30 |
| 06/03/11 | RHF | Telephone conference with bank's attorney re amounts due bank, unsecured creditors and real estate taxes. | 0.20 |
| 06/06/11 | RHF | Telephone discussions with attorney for Anglo Irish re settlement. | 0.50 |
| 05/06/11 | RHF | Telephone discussions with client re open settlement terms. | 0.30 |
| 06/07/11 | RHF | Follow up with L. Bayles re remaining open settlement items. | 1.00 |
| 06/07/11 | RHF | Review of plan re changes to conform to settlement. | 0.30 |
| 06/07/11 | RHF | Preparation and revision of term sheet. | 0.50 |
| 06/07/11 | RHF | Telephone conference with L. Bayles re notifying court re settlement, delaying scheduled dates, timing of bank approval and documentation of settlement. | 0.30 |
| 06/07/11 | RJT | Review term sheet. | 0.10 |
| 06/07/11 | RLG | Review and revise RHF's draft settlement term sheet. | 0.20 |
| 06/08/11 | RHF | Review and revise term sheet to incorporate Anglo changes. | 0.30 |
| 06/08/11 | RJT | Review revised term sheet re: litigation issues. | 0.10 |
| 06/08/11 | RLG | Confer with Richard H. Fimoff, Ms Bayles and Mr. Djurin re: finalization of settlement terms. | 0.20 |
| 06/14/11 | RLG | Confer with Richard H. Fimoff re: settlement status and identification of counsel for loan modifications. | 0.10 |
| 06/15/11 | RLG | Internal conferences with Barry Glazer, Richard H. Fimoff, Marshall K. Brown and Nancy K. Kondziolka re: structure of reorganized debtor and timing of roll up into new entity and execution of new loan documents. | 0.10 |
| 06/16/11 | RLG | Telephone conference with Jason Berne and Barry Glazer re: structure of loan facility and related details. | 0.80 |
| 06/28/11 | RLG | Confer with Richard H. Fimoff and Mr. Djurin re: terms of settlement and loan document provisions re: same. | 0.20 |
| 08/26/11 | RHF | Review and revise settlement agreement with Anglo Irish. | 0.60 |
| 08/26/11 | RHF | Telephone conference with attorney for Anglo Irish Bank re changes to settlement agreement. | 0.30 |

| 09/01/11 | RHF | Review and approve final settlement letter agreement. | 0.30 |
| 10/31/11 | RLG | Review terms of LOI offer to purchase hotel and real estate. | 0.30 |

| RHF | 14.30 |
|---|---|
| RJT | 0.20 |
| RLG | 8.90 |
| Total: | 23.40 |

FO4684

# EXHIBIT D

**EXHIBIT D**
**FEE PETITION**
**5650 NORTH SHERIDAN CORPORATION**
**STAY**

| DATE | ATTY | DESCRIPTION | TIME |
|------|------|-------------|------|
| 03/09/11 | RJT | Office conference with R. Fimoff re Anglo Irish Bank's response to artificial impairment issue; review same. | 0.60 |
| 03/10/11 | RHF | Court hearing on motion to continue hearing on motion to lift stay. | 0.50 |
| 03/10/11 | RLG | Confer with Richard H. Fimoff re: new dates for hearing on Anglo Irish's motion to lift automatic stay. | 0.10 |
| 04/13/11 | RHF | Meeting with client and R. Trizna re post trial brief. | 0.60 |
| 05/19/11 | RHF | Communicate with attorneys for bank re continuing hearing on motion to modify stay and review stipulation re same. | 0.60 |
| 05/23/11 | CAC | Review proposed Agreed Motion and Order on same continuing trial on Anglo-Irish Bank | 0.20 |
| 06/28/11 | RHF | Court appearance on hearing on bank's motion to modify stay. | 0.50 |
| 11/28/11 | RHF | Review of franchisor/lender comfort letter. | 0.30 |
| 11/28/11 | RHF | Telephone conference with client re approval of franchise comfort letter. | 0.20 |

|  |  |  | CAC | 0.20 |
|--|--|--|-----|------|
|  |  |  | RJT | 0.60 |
|  |  |  | RHF | 2.70 |
|  |  |  | RLG | 0.10 |
|  |  |  | **Total:** | 3.60 |

FO4684

# EXHIBIT E

**EXHIBIT E**
**FEE PETITION**
**5650 NORTH SHERIDAN CORPORATION**
**FRANCHISE**

| DATE | ATTY | DESCRIPTION | TIME |
|------|------|-------------|------|
| 03/03/11 | RHF | Review of proposed new franchise and telephone conference with client re same and termination rights. | 1.00 |
| 03/03/11 | RLG | Office conference with Mr. Djurin and Richard H. Fimoff re: need for franchise with Country Hearth. | 0.20 |
| 03/10/11 | RHF | Telephone conference with L. Bayles re approval of order re Baymont Franchise, redraft of order and letter transmitting order to judge. | 1.40 |
| 03/14/11 | RLG | Confer with Richard H. Fimoff re: Country Hearth franchise approval. | 0.20 |
| 03/15/11 | RHF | Telephone conference with Leslie Bayles re Country Hearth franchise, costs and termination rights. | 0.50 |
| 03/16/11 | RHF | Email correspondence with Leslie Bayles re Country Hearth franchise agreement. | 0.30 |
| 03/17/11 | RHF | Review of temporary franchise agreement and preparation of motion and order for approval of same. | 1.20 |
| 03/28/11 | RHF | Telephone conference with A. Davis re motion to enter into franchise agreement | 0.40 |
| 03/29/11 | RHF | Court appearance re motion to enter into franchise agreement. | 0.50 |
| 04/01/11 | RHF | Telephone conference with client re agreement for new flag and need for court approval of same. | 0.50 |
| 04/12/11 | RHF | Court appearance re motion to enter into franchise agreement. | 0.70 |
| 07/13/11 | BG | E-mails with Jason Berne re signature block re: changes to draft document and revisions of same.. | 0.50 |
| 10/14/11 | RHF | Review of multiple email correspondence from client and inspection reports from franchisers, re upgrades and inspection results. | 0.60 |
| 10/14/11 | RHF | Telephone conference with client re inspection results and notifying bank. | 0.20 |
| 10/14/11 | RHF | Correspondence with Anglo Irish attorneys re inspections results, franchiser demands and hearing. | 0.30 |

|  |  |
|------|------|
| BG | 0.50 |
| RHF | 7.60 |
| RLG | 0.40 |
| **Total:** | **8.50** |

FO4684

# EXHIBIT F

**EXHIBIT F**
**FEE PETITION**
**5650 NORTH SHERIDAN CORPORATION**
**EXPENSES**

| Date | Description | Amount |
|------|-------------|--------|
| 3/29/11 | Postage Fee | $78.69 |
| 4/1/11 | Postage Fee | $58.96 |
| 5/27/11 | Secretarial Services | $113.75 |
| 6/6/11 | Messenger Deliver to Honorable Pamela Hollis | $10.00 |
| 6/8/11 | Overnight Delivery | $43.18 |
| 6/8/11 | Overnight Delivery | $42.90 |
| 6/8/11 | Overnight Delivery | $39.73 |
| 6/8/11 | Overnight Delivery | $39.73 |
| 6/8/11 | Overnight Delivery | $42.90 |
| 7/12/11 | Court Reporter Charges - Deposition of Sandra Reese | $630.00 |
| 10/19/11 | PACER | $16.16 |
| 10/31/11 | Filing Fee - Kentucky Certificate of Authority | $388.00 |

**Advanced:**   1,504.00