U. S. TRUSTEE QUARTERLY FEE STATEMENT
Pursuant to Fed. R. Bankr. P. 2015(a)(5)

CASE NAME: 5650 North Sheridan Corp.    CASE NO.: 521-10-34286

FOR CALENDAR QUARTER ENDING March 31, 2012

DISBURSEMENTS*

1. | MONTH | DISBURSEMENTS |
|---|---|
| Jan | $ 28,617 |
| Feb → 2/6/12 | $ 28,776 |
|  | $ |

TOTAL DISBURSEMENTS FOR QUARTER    $ 57,393

2. QUARTERLY FEE OWED PURSUANT TO 28 U.S.C. §1930(A)(6)    $ 650

3. QUARTERLY FEE PAID (Attach proof of payment)    $ 650

4. AMOUNT OF UNPAID FEES (IF ANY)    $ 0

I, Ivan Djurin _____ acting as the duly authorized agent for the Debtor In Possession (Trustee) (Plan Administrator) declare under penalty of perjury under the laws of the United States that I have read and certify that the figures, statements, disbursement itemizations, and account balances as listed in this U.S. Trustee Quarterly Fee Statement are true and correct as of the date of this report to the best of my knowledge, information and belief.

DATED: 2/21/12    _____
            For the Debtor In Possession (Trustee) (Plan Administrator)

(Print or type name and capacity of person signing this Declaration).    Ivan Djurin
            President

* For periods subsequent to plan confirmation, this includes payments pursuant to the confirmed plan as well as all other disbursements.

EXHIBIT "D"

U. S. TRUSTEE QUARTERLY FEE STATEMENT
Pursuant to Fed. R. Bankr. P. 2015(a)(5)

CASE NAME: 2241 Elkhorn Lexington LP    CASE NO.: 521-10-34271

FOR CALENDAR QUARTER ENDING March 31, 2012

DISBURSEMENTS*

1. MONTH                           DISBURSEMENTS

   Jan                             $ $166,092

   Feb → 2/6/12                    $ $140,800

   _____                 $ _____

   TOTAL DISBURSEMENTS
   FOR QUARTER                     $ 306,892

2. QUARTERLY FEE OWED PURSUANT TO   $ 4875
   28 U.S.C. §1930(A)(6)

3. QUARTERLY FEE PAID              $ 4875
   (Attach proof of payment)

4. AMOUNT OF UNPAID FEES (IF ANY)  $ -0-

I, Ivan Djurin, acting as the duly authorized agent for the Debtor In Possession (Trustee) (Plan Administrator) declare under penalty of perjury under the laws of the United States that I have read and certify that the figures, statements, disbursement itemizations, and account balances as listed in this U.S. Trustee Quarterly Fee Statement are true and correct as of the date of this report to the best of my knowledge, information and belief.

DATED: 2/21/12    _____
                  For the Debtor In Possession (Trustee) (Plan Administrator)

(Print or type name and     Ivan Djurin
capacity of person signing
this Declaration).          Mg. Member/Partner

* For periods subsequent to plan confirmation, this includes payments pursuant to the confirmed plan as well as all other disbursements.

EXHIBIT "D"