IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>2241 ELKHORN LEXINGTON, L.P.<br>an Illinois limited partnership<br>Debtor | Chapter 11<br><br>Case No. 10-34271<br>Hon. Pamela Hollis<br>(Jointly Administered) |

## ORDER APPROVING FINAL AWARD OF PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR ROBBINS, SALOMON & PATT, LTD.

This matter coming to be heard on the application of Robbins, Salomon & Patt, Ltd. for an final award of professional compensation and reimbursement of expenses incurred, as attorneys for 2241 Elkhorn Lexington, L.P., as Debtor and Debtor in Possession herein, due notice having been given to all creditors, the Internal Revenue Service, the United States Trustee and all other parties in interest and the Court having heard statements of counsel for the Debtor in Possession, having reviewed the applications filed herein, no objections having been filed or if filed, overruled, and otherwise being fully advised in the premises.

**IT IS HEREBY ORDERED**:

1. The application of Robbins, Salomon & Patt, Ltd. be, and the same hereby is approved, and Robbins, Salomon & Patt, Ltd., be and it hereby is awarded on a final basis, for professional services rendered to 2241 Elkhorn Lexington, L.P., Debtor and Debtor in Possession herein, for the period from March 1, 2011 through January 31, 2012, an award of professional compensation of $49,221.65.

GP3735

2. Robbins, Salomon & Patt, Ltd., be and it hereby is awarded on a final basis the sum of $368.35, as reimbursement of actual and reasonable expenses incurred by Robbins, Salomon & Patt, Ltd., for the period from March 1, 2011 through January 31, 2012, in connection with the performance of its services in this case;

Dated: FEB 21 2012                **ENTER:**

_____
PAMELA S. HOLLIS, BANKRUPTCY JUDGE

Richard H. Fimoff
Robbins, Salomon,& Patt, Ltd.
25 East Washington Street-Suite 1000
Chicago, Illinois   60602
(312) 782-9000
Atty No. 804886

GP3735